Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (State Bar No. 222240)
bdevine@goodwinprocter.com
Daniel P. Roeser (*pro hac pending*)
droeser@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

Lloyd Winawer (State Bar No. 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Telephone: 213-426-2500
Facsimile: 213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation; Countrywide
Home Loans, Inc.; CWALT, Inc.; CWABS, Inc.,
CWHEQ, Inc.,and Countrywide Securities Corporation

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx) <br><br> **STIPULATION REGARDING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND AND FOR DEFENDANTS' RESPONSES TO THE COMPLAINT** <br><br> Courtroom: 12 <br> Judge: Hon. Mariana R. Pfaelzer |
| SEALINK FUNDING LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | Case No. 11-CV-08896-MRP (MANx) |

WHEREAS, Plaintiff Sealink Funding Limited commenced this action by filing a Summons and Complaint in the Supreme Court of the State of New York in the County of New York on September 29, 2011;

WHEREAS, Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWHEQ, Inc., and Countrywide Securities Corporation filed a notice of removal of the action to the United States District Court for the Southern District of New York on October 6, 2011;

WHEREAS, the United States Judicial Panel on Multidistrict Litigation entered a Conditional Transfer Order on October 17, 2011, conditionally transferring this action to the United States District Court for the Central District of California; and

WHEREAS, the Conditional Transfer Order became effective on October 27, 2011;

NOW THEREFORE, the parties hereby stipulate, subject to the approval of the Court, as follows:

1.     Plaintiff's motion to remand this action to New York Supreme Court will be briefed in the following manner:

     a.  Plaintiff will file its motion to remand no later than November 7, 2011, with a hearing date of December 19, 2011;

     b.  Defendants will file their oppositions to Plaintiff's motion to remand no later than December 2, 2011; and

     c.  Plaintiff will file its reply in support of its motion to remand no later than December 9, 2011.

2.     Defendants will answer, move to dismiss, or otherwise respond to the Complaint within 60 days from the date on which this Court enters an Order deciding Plaintiff's motion to remand, or such other date as

STIPULATION RE: SCHEDULE
FOR MOTION TO REMAND
Case No. 11-ML-02265-MRP (MANx)

1    the Court may order in connection with the coordination of briefing

2    with other cases in *In re Countrywide Financial Corp. Mortgage-*

3    *Backed Securities Litigation*, MDL No. 2265.

4    IT IS SO STIPULATED.

5

6    Dated:  November 8, 2011              Defendants Countrywide Financial Corp.,
                                           Countrywide Home Loans, Inc., CWALT,
7                                          Inc., CWABS, Inc., CWHEQ, Inc., and
                                           Countrywide Securities Corp.

8                                          By their attorneys,

9
                                           */s/ Brian E. Pastuszenski*
10                                         Brian E. Pastuszenski (*pro hac vice*)
                                           Lloyd Winawer (State Bar No. 157823)
11                                         Inez H. Friedman-Boyce (*pro hac vice*)
                                           Brian C. Devine (State Bar No. 222240)
12                                         Daniel P. Roeser (*pro hac pending*)

13
     Dated:  November 8, 2011              Defendants Bank of America Corp., NB
14                                         Holdings Corporation, and BAC Home
                                           Loans Servicing, L.P.
15
                                           By their attorneys,
16
                                           */s/ Matthew Close*
17                                         Matthew Close (SBN 188570)
                                           *mclose@omm.com*
18                                         O'MELVENY & MYERS LLP
                                           400 South Hope Street
19                                         Los Angeles, CA 90071
                                           Telephone:  213-430-7213
20                                         Facsimile:  213-430-6407

21                                         Jonathan Rosenberg (*pro hac vice*)
                                           William Sushon (*pro hac vice*)
22                                         *wsushon@omm.com*
                                           O'MELVENY & MYERS LLP
23                                         7 Times Square
                                           New York, NY 10036
24                                         Telephone:  212-326-2000
                                           Facsimile:  212-326-2061
25

26

27

28
STIPULATION RE: SCHEDULE
                                           FOR MOTION TO REMAND
                                           Case No. 11-ML-02265-MRP (MANx)

1

Dated:  November 8, 2011

2

3

4

5

6

7

8

9

10

Dated:  November 8, 2011

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant Angelo Mozilo

By his attorney,


*/s/ David Siegel*_____
David Siegel (SBN 101355)
*dsiegel@irell.com*
A. Matthew Ashley (SBN 198235)
*mashley@irell.com*
Allison L. Libeu (SBN 244487)
*alibeu@irell.com*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone:  310-277-1010
Facsimile:  310-203-7199


Defendant David Sambol

By his attorneys,


*/s/ Michael C. Tu*_____
Michael C. Tu (State Bar No. 186793)
*mtu@orrick.com*
ORRICK, HERRINGTON
   & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017
Telephone:  213-629-2020
Facsimile:  213-612-2499


Michael Torpey (State Bar No. 79424)
*mtorpey@orrick.com*
Penelope Graboys Blair (State Bar No. 214742)
*pgraboysblair@orrick.com*
ORRICK, HERRINGTON
   & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Telephone:  415-773-5700
Facsimile:  415-773-5759

-3-

STIPULATION RE: SCHEDULE
FOR MOTION TO REMAND
Case No. 11-ML-02265-MRP (MANx)

1

2

Dated:  November 8, 2011

Plaintiff Sealink Funding Limited

By its attorneys,

3

4

5

6

7

8

*/s/ Timothy DeLange*_____
Chad Johnson
*chad@blbglaw.com*
Jai K. Chandrasekhar
*jai@blbglaw.com*
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: 212-554-1400
Fax: 212- 554-1444

9

10

11

12

13

Timothy A. DeLange
*timothyd@blbglaw.com*
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

<u>DECLARATION OF SERVICE</u>

I, the undersigned, declare:

1.      That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2.      That on November 8, 2011, I caused to be served the following documents:

- STIPULATION REGARDING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND AND FOR DEFENDANTS' RESPONSES TO THE COMPLAINT; and

- DECLARATION OF SERVICE.

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System.  Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

3.      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 8, 2011, at San Diego, California.


*/s/ Jessica Cuccurullo*
Jessica Cuccurullo, C.P.

# SERVICE LIST

| | |
|---|---|
| Matthew W. Close<br>**O'MELVENY AND MYERS**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br><br><br>Jonathan Rosenberg (*pro hac vice*)<br>William Sushon (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone:  212-728-5693<br>Facsimile:  212-326-2061 | *Attorneys for Defendants*<br>**Bank of America Corp., BAC<br>Home Loans Servicing, LP, and<br>NB Holdings Corporation**<br><br><br><br><br>Tel:  213-430-6000<br>Fax:  213-430-6407<br>mclose@omm.com<br>jrosenberg@omm.com<br>wsushon@omm.com |
| David Siegel<br>A. Matthew Ashley<br>Allison L. Libeu<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276 | *Attorneys for Defendant*<br>**Angelo Mozilo**<br><br>Tel:  310-277-1010<br>Fax:  310-203-7199<br>dsiegel@irell.com<br>mashley@irell.com<br>alibeu@irell.com |
| Michael D. Torpey<br>Penelope A. Graboys Blair<br>**ORRICK HERRINGTON AND<br>SUTCLIFFE LLP**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br>Michael C. Tu<br>**ORRICK HERRINGTON AND<br>SUTCLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**David A. Sambol**<br><br>Tel: 415-773-5700<br>Fax: 415-773-5759<br>mtorpey@orrick.com<br>pgraboysblair@orrick.com<br><br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com |
| Chad Johnson<br>Jai K. Chandrasekhar<br>**BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br><br>Timothy A. DeLange<br>**BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | *Attorneys for Plaintiff*<br>**Sealink Funding Limited**<br>*chad@blbglaw.com*<br>*jai@blbglaw.com*<br>Tel.: (212) 554-1400<br>Fax: (212) 554-1444<br><br><br>*timothyd@blbglaw.com*<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323 |

DECLARATION OF SERVICE
Case No. 11-ML-02265-MRP (MANx)