Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (State Bar No. 222240)
bdevine@goodwinprocter.com
Daniel P. Roeser (*pro hac pending*)
droeser@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts  02109
Telephone:   617-570-1000
Facsimile:    617-523-1231

Lloyd Winawer (State Bar No. 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California  90017
Telephone:   213-426-2500
Facsimile:    213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation; Countrywide
Home Loans, Inc.; CWALT, Inc.; CWABS, Inc.,
CWHEQ, Inc.,and Countrywide Securities Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx) <br><br> **[PROPOSED] ORDER REGARDING STIPULATION REGARDING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND AND FOR DEFENDANTS' RESPONSES TO THE COMPLAINT** <br><br> Courtroom: 12 <br> Judge:      Hon. Mariana R. Pfaelzer |
| SEALINK FUNDING LIMITED, <br><br>                Plaintiff, <br><br>        v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al*., <br><br>                Defendants. | Case No. 11-CV-08896-MRP (MANx) |

Based upon the Parties Stipulation dated November 8, 2011, and good cause appearing therefore;

IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to remand this action to New York Supreme Court will be briefed in the following manner:

   a. Plaintiff will file its motion to remand no later than November 7, 2011, with a hearing date of December 19, 2011;

   b. Defendants will file their oppositions to Plaintiff's motion to remand no later than December 2, 2011; and

   c. Plaintiff will file its reply in support of its motion to remand no later than December 9, 2011.

2. Defendants will answer, move to dismiss, or otherwise respond to the Complaint within 60 days from the date on which this Court enters an Order deciding Plaintiff's motion to remand, or such other date as the Court may order in connection with the coordination of briefing with other cases in *In re Countrywide Financial Corp. Mortgage-Backed Securities Litigation*, MDL No. 2265.

IT IS SO ORDERED.

DATED: _____

The Honorable Mariana R. Pfaelzer
United States District Judge

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on November 8, 2011, I caused to be served the following documents:

- [PROPOSED] ORDER REGARDING STIPULATION REGARDING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND AND FOR DEFENDANTS' RESPONSES TO THE COMPLAINT; and

- DECLARATION OF SERVICE.

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

3. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 8, 2011, at San Diego, California.

*/s/ Jessica Cuccurullo*
Jessica Cuccurullo, C.P.

**SERVICE LIST**

| | |
|---|---|
| Matthew W. Close<br>**O'MELVENY AND MYERS**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br><br>Jonathan Rosenberg (*pro hac vice*)<br>William Sushon (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone:  212-728-5693<br>Facsimile:  212-326-2061 | *Attorneys for Defendants*<br>**Bank of America Corp., BAC Home Loans Servicing, LP, and NB Holdings Corporation**<br><br>Tel:  213-430-6000<br>Fax:  213-430-6407<br>mclose@omm.com<br>jrosenberg@omm.com<br>wsushon@omm.com |
| David Siegel<br>A. Matthew Ashley<br>Allison L. Libeu<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276 | *Attorneys for Defendant*<br>**Angelo Mozilo**<br><br>Tel:  310-277-1010<br>Fax:  310-203-7199<br>dsiegel@irell.com<br>mashley@irell.com<br>alibeu@irell.com |
| Michael D. Torpey<br>Penelope A. Graboys Blair<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br>Michael C. Tu<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**David A. Sambol**<br><br>Tel: 415-773-5700<br>Fax: 415-773-5759<br>mtorpey@orrick.com<br>pgraboysblair@orrick.com<br><br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com |
| Chad Johnson<br>Jai K. Chandrasekhar<br>**BERNSTEIN LITOWITZ BERGER<br>    & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br><br>Timothy A. DeLange<br>**BERNSTEIN LITOWITZ BERGER<br>    & GROSSMANN LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | *Attorneys for Plaintiff*<br>**Sealink Funding Limited**<br>*chad@blbglaw.com*<br>*jai@blbglaw.com*<br>Tel.: (212) 554-1400<br>Fax: (212) 554-1444<br><br>*timothyd@blbglaw.com*<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323 |