1  MICHAEL C. TU (State Bar No. 186793)
   *mtu@orrick.com*
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
3  Los Angeles, California  90017-5855
   Telephone:   213-629-2020
4  Facsimile:   213-612-2499

5  MICHAEL D. TORPEY (State Bar No. 79424)
   *mtorpey@orrick.com*
6  FRANK M. SCADUTO (State Bar No. 271451)
   *fscaduto@orrick.com*
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
8  405 Howard Street
   San Francisco, California  94105-2669
9  Telephone:   415-773-5700
   Facsimile:   415-773-5759
10
   Attorneys for Defendant David Sambol
11

12                 **UNITED STATES DISTRICT COURT**

13                 **CENTRAL DISTRICT OF CALIFORNIA**

14                        **WESTERN DIVISION**

15

| 16  IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 2265 |
|---|---|
| 18  SEALINK FUNDING LIMITED, | Case No. 11-CV-08896-MRP (MANx) |
| 19              Plaintiff, | **DEFENDANT DAVID SAMBOL'S NOTICE OF FILING OF CONSENT TO REMOVAL** |
| 20       v. | |
| 21  COUNTRYWIDE FINANCIAL CORPORATION, et al., | Judge:    Hon. Mariana R. Pfaelzer
Courtroom: 12 |
| 23              Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE THAT** Defendant David Sambol's Consent to Removal (attached hereto as Exhibit A) was filed in this action on October 28, 2011 in the United States District Court for the Southern District of New York.

Dated: November 8, 2011      Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:      */s/ Michael C. Tu*
        Michael C. Tu

Attorneys for Defendant David Sambol

- 1 -

DAVID SAMBOL'S NOTICE OF FILING OF CONSENT TO REMOVAL
11-CV-08896-MRP (MANx)

OHS WEST:261397451.1