# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEALINK FUNDING LIMITED,

           Plaintiffs,

-against-

COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; CWALT, INC.; CWABS, INC.; CWHEQ, INC.; COUNTRYWIDE SECURITIES CORPORATION; ANGELO MOZILO, DAVID A. SAMBOL; BANK OF AMERICA CORPO.; BAC HOME LOANS SERVICING, INC., L.P., and; NB HOLDINGS CORPORATION,

           Defendants.

Civil No. 11-7082 (MGC)

**CONSENT TO REMOVAL OF DEFENDANT DAVID SAMBOL**

---

        PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1334(b), 1441, 1446(a), and 1452, Defendant David Sambol hereby consents to the Removal by Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWHEQ, Inc., and Countrywide Securities Corporation, filed in the above-captioned action on October 6, 2011, originally commenced in the Supreme Court of the State of New York, County of New York, Index No. 652679/2011.

Dated: October 28, 2011

Respectfully Submitted,

By:   /s/ Frank M. Scaduto
      Frank M. Scaduto (fscaduto@orrick.com)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Attorneys for Defendant David Sambol*

# CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, CA 90017-5855. On October 28, 2011, I served the following document(s):

**Consent to Removal of Defendant David Sambol**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Gerald H. Silk<br>Avi Josefson<br>Michael D. Blatchley<br>Ross Shikowitz<br>BERSTEIN LITOWITZ BERGER &<br>GROSSMAN LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | Attorneys for Plaintiff Sealink Funding Limited |
| Jonathan Rosenberg<br>William Sushon<br>Asher Louis Rivner<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036 | Attorneys for Defendants Bank of America Corporation; BAC Home Loans, Servicing L.P., and NB Holdings Corporation |
| Craig I. Varnen<br>David Seigel<br>Holly Gershow<br>Adam J. Fletcher<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4275 | Attorneys for Defendant Angelo Mozilo |
| Matthew Ashley<br>Allison Libeau<br>IRELL & MANELLA LLP<br>840 Newport Center , Suite 400<br>Newport Beach, CA 92260 | |

| | |
|---|---|
| John Q. Farley | Attorneys for Defendants Countrywide |
| Brian E. Pastuszenski | Financial Corporation; Countrywide |
| Inez H. Friedman-Boyce | Home Loans, Inc.; CWALT, Inc., |
| Brian C. Devine | CWABS, Inc., CWHEQ, Inc. and |
| GOODWIN PROCTER LLP | Countrywide Securities Corporation |
| 53 State Street | |
| Boston, MA 02110 | |

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 28, 2011, at Los Angeles, California.

/s/ Judy Kwan

Judy Kwan