IRELL & MANELLA LLP
David Siegel (101355)
dsiegel@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Allison L. Libeu (244487)
alibeu@irell.com
Holly Gershow (253508)
hgershow@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendant
Angelo Mozilo

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 2265 |
| SEALINK FUNDING LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-08896-MRP (MANx)<br><br>**DEFENDANT ANGELO MOZILO'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>[C.D. Cal. Local Rule 7.1-1]<br><br>Judge:   Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

Pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned, counsel of record for Defendant Angelo Mozilo, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| NAME | RELATIONSHIP |
|---|---|
| Angelo Mozilo | Defendant |
| Countrywide Financial Corporation | Defendant |
| Countrywide Home Loans, Inc. | Defendant |
| CWALT, Inc. | Defendant |
| CWABS, Inc. | Defendant |
| CWHEQ, Inc. | Defendant |
| Countrywide Securities Corporation | Defendant |
| David A. Sambol | Defendant |
| Bank of America Corporation | Defendant |
| BAC Home Loans Servicing, L.P. | Defendant |
| NB Holdings Corporation | Defendant |
| Sealink Funding Limited | Plaintiff |
| ACE American Insurance Co. | Insurer |
| ACE Bermuda Insurance Ltd. | Insurer |
| Allied World Assurance Co. | Insurer |
| Arch Reinsurance Ltd. | Insurer |
| Arch Specialty Insurance Co. | Insurer |
| Axis Reinsurance Co. | Insurer |
| Chubb & Son/Federal Insurance Co. | Insurer |
| Endurance Specialty Insurance Ltd. | Insurer |
| Liberty Mutual Insurance Co. | Insurer |

| NAME | RELATIONSHIP |
|---|---|
| Lloyd's Underwriters | Insurer |
| Max Bermuda Ltd. | Insurer |
| Max Re Ltd. | Insurer |
| National Union Fire Insurance Co. of Pittsburgh, PA | Insurer |
| RLI Insurance Co. | Insurer |
| SR International Business Insurance Co., Ltd. | Insurer |
| Starr Express Liability Insurance Co., Ltd. | Insurer |
| Starr Express Liability Insurance International Ltd. | Insurer |
| Steadfast Insurance Co. | Insurer |
| U.S. Specialty Insurance Co. | Insurer |

Dated: November 8, 2011

Respectfully submitted,

IRELL & MANELLA LLP

By: *Allison L. Libeu* (signature)

Allison L. Libeu
Attorneys for Defendant
Angelo Mozilo