1   MICHAEL C. TU (State Bar No. 186793)
    *mtu@orrick.com*
2   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
3   Los Angeles, California  90017-5855
    Telephone:    213-629-2020
4   Facsimile:    213-612-2499

5   MICHAEL D. TORPEY (State Bar No. 79424)
    *mtorpey@orrick.com*
6   FRANK M. SCADUTO (State Bar No. 271451)
    *fscaduto@orrick.com*
7   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
8   405 Howard Street
    San Francisco, California  94105-2669
9   Telephone:    415-773-5700
    Facsimile:    415-773-5759

10
    Attorneys for Defendant David Sambol
11

12              **UNITED STATES DISTRICT COURT**

13             **CENTRAL DISTRICT OF CALIFORNIA**

14                    **WESTERN DIVISION**

15

| | |
|---|---|
| 16   IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 2265 |
| 18   SEALINK FUNDING LIMITED, | Case No. 11-CV-08896-MRP (MANx) |
| 19                    Plaintiff, | **DEFENDANT DAVID SAMBOL'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| 20            v. | **[C.D. Cal. Local Rule 7.1-1]** |
| 21   COUNTRYWIDE FINANCIAL CORPORATION, et al., | Judge:       Hon. Mariana R. Pfaelzer Courtroom:   12 |
| 22                    Defendants. | |

24

25

26

27

28

OHS WEST:261398191.1

1        The undersigned, counsel of record for defendant David Sambol, certifies that

2  the following listed parties may have a pecuniary interest in the outcome of this

3  case.  These representations are made to enable the Court to evaluate possible

4  disqualification or recusal.

5

| | |
|---|---|
| 6   ACE American Insurance Co. | Endurance Specialty Insurance Ltd. |
| 7   ACE Bermuda Insurance Ltd. | Liberty Mutual Insurance Co. |
| 8   Allied World Assurance Co. | Lloyd's Underwriters |
| 9   Angelo R. Mozilo | Max Bermuda Ltd. |
| 10  Arch Reinsurance Ltd. | Max Re Ltd. |
| 11  Arch Specialty Insurance Co. | National Union Fire Insurance Co. of |
| 12  Axis Reinsurance Co. | Pittsburgh, PA |
| 13  Bank of America Corp. | NB Holdings Corporation |
| 14  BAC Home Loans Servicing, L.P. | RLI Insurance Co. |
| 15  Chubb & Son/Federal Insurance Co. | SR International Business Insurance |
| 16  Countrywide Financial Corp. | Co., Ltd. |
| 17  Countrywide Home Loans, Inc. | Starr Express Liability Insurance Co., |
| 18  Countrywide Securities Corp. | Ltd. |
| 19  CWABS, Inc. | Starr Express Liability Insurance |
| 20  CWALT, Inc. | International Ltd. |
| 21  CWHEQ, Inc. | Steadfast Insurance Co. |
| 22  David A. Sambol | U.S. Specialty Insurance Co. |

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

- 1 -

1    Dated:  November 9, 2011          Respectfully submitted,

2

3                                      ORRICK, HERRINGTON & SUTCLIFFE LLP

4                                      By:    _____ */s/ Michael C. Tu*_____
                                              Michael C. Tu
5

6                                      Attorneys for Defendant David Sambol

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVID SAMBOL'S CERTIFICATION AND
NOTICE OF INTERESTED PARTIES
11-CV-08896-MRP (MANx)

OHS WEST:261398191.1