# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx) <br><br> Courtroom: 12 <br> Judge: Hon. Mariana R. Pfaelzer |
| SEALINK FUNDING LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | Case No. 11-CV-08896-MRP (MANx) |

## DEFENDANT DAVID A. SAMBOL'S ADMISSION OF SERVICE OF SUMMONS

I acknowledge that Defendant David A. Sambol, whom I represent, hereby waives and admits service of the Summons and Complaint (and other documents listed below) in the above-captioned action.

In compliance with New York Civil Practice Law and Rule 306(e) and Federal Rule of Civil Procedure 4(d), Mr. Sambol hereby waives and agrees to the adequacy of service of the following documents in the above-captioned action: (i) Summons and Complaint, (ii) Request for Judicial Intervention, (iii) Statement in Support of Request for Assignment to Commercial Division, (iv) Court Notice Regarding Availability of Electronic Filing Supreme Court Cases and Consent, and (v) Notice of Commencement of Action Subject to Mandatory Electronic Filing.

Mr. Sambol will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the Summons and Complaint (and other documents listed above).

Date: November 8, 2011         Signature: _/s/ Frank M. Scaduto_

Frank M. Scaduto
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5457
Facsimile: (415) 773-5759
Email: fscaduto@orrick.com