BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
Timothy A. DeLange (Bar No. 190768)
(timothyd@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
     -and-
Chad Johnson
(chad@blbglaw.com)
Jai K. Chandrasekhar
(jai@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: 212-554-1400
Fax: 212- 554-1444

*Attorneys for Plaintiff
Sealink Funding Limited*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx) **DECLARATION OF SERVICE** Courtroom: 12 Judge: Hon. Mariana R. Pfaelzer |
| SEALINK FUNDING LIMITED, Plaintiff, v. COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, Defendants. | Case No. 11-CV-08896-MRP (MANx) |

I, the undersigned, declare:

1.   That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2.   That on November 14, 2011, I caused to be served the following documents:

- **Defendant David A. Sambol's Admission of Service of Summons**

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

3.   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 14, 2011, at San Diego, California.

 */s/ Jessica Cuccurullo*
Jessica Cuccurullo, C.P.

## SERVICE LIST

| | |
|---|---|
| Matthew W. Close<br>**O'MELVENY AND MYERS**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br><br>Jonathan Rosenberg (*pro hac vice*)<br>William Sushon (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone:  212-728-5693<br>Facsimile:  212-326-2061 | *Attorneys for Defendants*<br>**Bank of America Corp., BAC Home Loans Servicing, LP, and NB Holdings Corporation**<br><br>Tel:  213-430-6000<br>Fax:  213-430-6407<br>mclose@omm.com<br>jrosenberg@omm.com<br>wsushon@omm.com |
| David Siegel<br>A. Matthew Ashley<br>Allison L. Libeu<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276 | *Attorneys for Defendant*<br>**Angelo Mozilo**<br><br>Tel:  310-277-1010<br>Fax:  310-203-7199<br>dsiegel@irell.com<br>mashley@irell.com<br>alibeu@irell.com |
| Michael D. Torpey<br>Penelope A. Graboys Blair<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br>Michael C. Tu<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**David A. Sambol**<br><br>Tel: 415-773-5700<br>Fax: 415-773-5759<br>mtorpey@orrick.com<br>pgraboysblair@orrick.com<br><br><br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com |
| Chad Johnson<br>Jai K. Chandrasekhar<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br><br>Timothy A. DeLange<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | *Attorneys for Plaintiff*<br>**Sealink Funding Limited**<br>*chad@blbglaw.com*<br>*jai@blbglaw.com*<br>Tel.: (212) 554-1400<br>Fax: (212) 554-1444<br><br><br>*timothyd@blbglaw.com*<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323 |