UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 11-CV-08896 MRP (MANx) | Date | November 14, 2011 |
|---|---|---|---|
| Title | SEALINK FUNDING LTD. v. COUNTRYWIDE FINANCIAL CORPORATION, et al., | | |

| Present: The Honorable | MARIANA R. PFAELZER | | |
|---|---|---|---|
| Cynthia Salyer | None | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiff:   Attorneys Present for Defendant:

None   None

**Proceedings:**   (In Chambers)

### ORDER RE: SCHEDULING

The Court has received Plaintiff's Motion to Remand the case to New York state court. Defendants will file their oppositions to Plaintiff's Motion on or before November 21, 2011. Plaintiff will file its reply on or before November 28, 2011. The Court will not hold oral argument on the Motion and will issue a decision on or before December 2, 2011. If the Court denies the Motion, briefing in this case shall be consolidated with the briefing in *In re Countrywide Fin. Corp. Mortgage-Backed Securities Litig.*, MDL No. 2265 as set forth below.

If the Court denies the Motion:
- Defendants shall serve and file consolidated motions to dismiss addressing arguments for dismissal based on jurisdiction, venue, and the applicable statutes of limitations and repose on or before December 7, 2011.
- Plaintiff shall serve and file any opposition papers on or before January 13, 2012.
- Defendants shall serve and file any consolidated reply papers in support of their motions on or before February 3, 2012.
- The hearing on Defendants' consolidated motions to dismiss shall be held on February 14, 2012.
- Defendants' motions to dismiss will be considered a single motion under Federal Rule of Civil Procedure 12 such that, by filing motions to dismiss addressing only jurisdiction, venue, and the statutes of limitations and/or repose, Defendants do not waive any other arguments or defenses.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | **11-CV-08896 MRP (MANx)** | Date | November 14, 2011 |
|---|---|---|---|
| Title | **SEALINK FUNDING LTD. v. COUNTRYWIDE FINANCIAL CORPORATION, et al.,** | | |

IT IS SO ORDERED.