BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
TIMOTHY A. DELANGE   (Bar No. 190768)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
       -and-
CHAD JOHNSON
JAI K. CHANDRASEKHAR
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 2:11-ml-02265-MRP (MAN) <br><br> **PLAINTIFF SEALINK'S MOTION TO WITHDRAW MOTION TO REMAND TO NEW YORK STATE COURT** <br><br> Courtroom: 12 <br> Judge: Hon. Mariana R. Pfaelzer <br> Hearing Date: December 19, 2011 |
| SEALINK FUNDING LIMITED,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>             Defendants. | Case No. 2:11-CV-08896-MRP (MAN) |

Plaintiff Sealink Funding Limited ("Sealink") filed its Motion to Remand to New York State Court on November 7, 2011 [ECF 12].  Thereafter, on November 8, 2011, the Court issued an Order denying plaintiffs' motion to remand in *Dexia Holdings, Inc., et al v. Countrywide Financial Corporation, et al.* Case No. 11-cv-07165 [ECF 169] ("Dexia Order").  In light of the Dexia Order, Sealink hereby moves to withdraw its Motion to Remand to New York State Court.

Dated:  November 18, 2011          Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

*/s/ Timothy A. DeLange*
TIMOTHY A. DeLANGE
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

                -and-

CHAD JOHNSON
JAI K. CHANDRASEKHAR
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444
chad@blbglaw.com
jai@blbglaw.com

*Counsel for Plaintiff Sealink Funding Limited*