1 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
TIMOTHY A. DELANGE (Bar No. 190768)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
   -and-
CHAD JOHNSON
JAI K. CHANDRASEKHAR
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 2:11-ml-02265-MRP (MAN) **[PROPOSED] ORDER GRANTING PLAINTIFF SEALINK'S MOTION TO WITHDRAW MOTION TO REMAND TO NEW YORK STATE COURT** Courtroom: 12 Judge: Hon. Mariana R. Pfaelzer Hearing Date: December 19, 2011 |
| SEALINK FUNDING LIMITED, Plaintiff, v. COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, Defendants. | Case No. 2:11-CV-08896-MRP (MAN) |

Based upon Plaintiff Sealink Funding Limited's ("Sealink") Motion to Withdraw Motion to Remand to New York State Court, and good cause appearing therefore;

IT IS HEREBY ORDERED as follows:

1. Sealink's Motion to Remand to New York State Court is withdrawn.

Dated: _____        _____
                                     The Honorable Mariana R. Pfaelzer
                                     United State District Judge