Name and address:
Lloyd Winawer (SBN# 157823)
lwinawer@goodwinprocter.com
GOODWIN PROCTER LLP
601 S Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: 213.426.2500
Fax: 213.623.1673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEALINK FUNDING LIMITED<br><br>Plaintiff(s)<br>v.<br>COUNTRYWIDE FINANCIAL CORPORATION et al.<br><br>Defendant(s) | CASE NUMBER<br>2:11-cv-08896-MRP<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective November 1, 2011, the fee for Pro Hac Vice Appearance is $325.00 for each case application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Inez H. Friedman-Boyce, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf ☐ Plaintiff ☑ Defendant: of Please See Attached List by whom I have been retained.

My business information is:
Goodwin Procter LLP
*Firm Name*

Exchange Place, 53 State Street
*Street Address*

Boston, MA 02109          ifriedmanboyce@goodwinprocter.com
*City, State, Zip*          *E-Mail Address*

617-570-1000               617-523-1231
*Telephone Number*         *Fax Number*

*Title of Court*                           *Date of Admission*

Please See Attached List

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| Please See Attached List | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Lloyd Winawer as local counsel, whose business information is as follows:

Goodwin Procter LLP, 601 S Figueroa St., 41st Floor
*Street Address*

Los Angeles, CA 90017            lwinawer@goodwinprocter.com
*City, State, Zip*                *E-Mail Address*

213-426-2500                     213-623-1673
*Telephone Number*                *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated *November 22, 2011*

Inez H. Friedman-Boyce
*Applicant's Name (please print)*

/s/ Inez N. Friedman-Boyce
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated 11/22/2011

Lloyd Winawer
*Designee's Name (please print)*

/s/ Lloyd Winawer
*Designee's Signature*

157823
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

ATTACHMENT:

TO APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE – INEZ H. FRIEDMAN-BOYCE

LIST OF DEFENDANTS REPRESENTED:

- **Countrywide Financial Corp.**
- **Countrywide Securities Corporation**
- **Countrywide Home Loans, Inc.**
- **CWALT, Inc.**
- **CWABS, Inc.**
- **CWHEQ, Inc.,**

ATTACHMENT:

TO APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE – INEZ H. FRIEDMAN-BOYCE

**COURT ADMISSIONS**

| TITLE OF COURT | DATE OF ADMISSION |
| --- | --- |
| Commonwealth of Massachusetts | 12/27/1995 |
| United States District Court for the District of Massachusetts | 03/21/1997 |
| United States District Court for the District of Colorado | 03/14/2002 |
| United States Court of Appeals for the First Circuit | 05/15/2003 |
| United States Court of Appeals for the Ninth Circuit | 06/06/2008 |
| United States Supreme Court | 11/29/2004 |

## ATTACHMENT:

## TO APPLICATION OF NON-RESIDENT ATTORNEY
## TO APPEAR IN A SPECIFIC CASE – INEZ H. FRIEDMAN-BOYCE

**Pro Hac Vice Applications Within Three Years of This Application**

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 2:11-cv-06208-MRP | Federated Investment Management Company et al. v. Countrywide Financial Corporation et al. | 08/03/2011 | Granted |
| 2:10-cv-07275-MRP | Stichting Pensioenfonds ABP v. Countrywide Financial Corporation et al. | 10/20/2010 | Granted |
| 2:10-cv-00302-MRP | Maine State Retirement System v. Countrywide Financial Corporation et al. | 02/19/2010 | Granted |
| 2:11-cv-04698-MRP | Putnam Bank v. Countrywide Financial Corporation et al. | 10/07/2011 | Granted |
| 2:11-cv-07154-MRP | Thrivent Financial for Lutherans et al. v. Countrywide Financial Corporation et al. | 10/19/2011 | Granted |
| 2:11-cv-07152-MRP | Banker's Insurance Company et al. v. Countrywide Financial Corp. et al. | 10/31/2011 | Granted |

ATTACHMENT – APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE – INEZ H. FRIEDMAN-BOYCE

| 2:11-cv-07163-MRP | Sterling Federal Bank et al. v. Countrywide Financial Corporation et al. | 10/28/2011 | Granted |
|---|---|---|---|
| 2:11-cv-04766-MRP | United Financial Casualty Company et al. v. Countrywide Financial Corporation et al. | 10/31/2011 | Granted |

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-seventh** day of **December** A.D. **1995**, said Court being the highest Court of Record in said Commonwealth:

**Inez H. Friedman-Boyce**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-first** day of **November** in the year of our Lord **two thousand and eleven**.

*MAURA S. DOYLE*, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# PROOF OF SERVICE

I, Stephanie M. Toribio, declare:

I am employed in County of Suffolk, State of Massachusetts. I am over the age of 18 and not a party to the within action. My business address is Exchange Place, 3rd Floor, Boston, MA 02109.

On **November 22, 2011**, I served the following document by placing a true copy thereof in a sealed envelope(s) on the persons listed on the service list:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE FOR INEZ H. FRIEDMAN-BOYCE; AND**

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

LIBA/2228549.1

☐     (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑     (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **November 22, 2011**, at Boston, Massachusetts.

_____
Stephanie M. Toribio
(Type or print name)

_____
(Signature)

2

LIBA/2228549.1