Name & Address:
Lloyd Winawer (SBN# 157823)
lwinawer@goodwinprocter.com
GOODWIN PROCTER LLP
601 S Figueroa St., 41st Floor
Los Angeles, California  90017
Tel.:  213.426.2500 / Fax: 213.623.1673

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEALINK FUNDING LIMITED<br><br><div align="right">Plaintiff(s)</div><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION et al.<br><br><div align="right">Defendant(s).</div> | CASE NUMBER:<br><br>2:11-cv-08896-MRP<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Inez H. Friedman-Boyce , of  Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, MA 02109

<div align="center"><i>Applicant's Name</i>                                    <i>Firm Name / Address</i></div>

617-570-1000                              ifriedmanboyce@goodwinprocter.com

<div align="center"><i>Telephone Number</i>                                    <i>E-mail Address</i></div>

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☑ Defendant

Countrywide Financial Corp., Countrywide Securities Corporation, Countrywide Home Loans

☐ Intervener or other interested person  Inc., CWALT, Inc., CWABS, Inc., and CWHEQ, Inc.

and the designation of  Lloyd Winawer (SBN 157823)

<div align="center"><i>Local Counsel Designee /State Bar Number</i></div>

of  Goodwin Procter LLP, 601 S. Figueroa St., 41st Floor, Los Angeles, CA 90017

<div align="center"><i>Local Counsel Firm / Address</i></div>

213-426-2500                              lwinawer@goodwinprocter.com

<div align="center"><i>Telephone Number</i>                                    <i>E-mail Address</i></div>

as local counsel, hereby **ORDERS** the Application be:

     ☐ GRANTED

     ☐ DENIED.  Fee shall be returned by the Clerk.

     ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated  _____              _____

<div align="right">U. S. District Judge/U.S. Magistrate Judge</div>