Name & Address:
Lloyd Winawer (SBN# 157823)
lwinawer@goodwinprocter.com
GOODWIN PROCTER LLP
601 S Figueroa St., 41st Floor
Los Angeles, California  90017
Tel.: 213.426.2500 / Fax: 213.623.1673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEALINK FUNDING LIMITED<br><br>Plaintiff(s)<br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:11-cv-08896-MRP<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Adam Slutsky</u>, of <u>Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, MA 02109</u>
*Applicant's Name* — *Firm Name / Address*

<u>617-570-1000</u> — <u>aslutsky@goodwinprocter.com</u>
*Telephone Number* — *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person <u>Countrywide Financial Corp., Countrywide Securities Corporation, Countrywide Home Loans Inc., CWALT, Inc., CWABS, Inc., and CWHEQ, Inc.</u>

and the designation of <u>Lloyd Winawer (SBN 157823)</u>
*Local Counsel Designee / State Bar Number*

of <u>Goodwin Procter LLP, 601 S. Figueroa St., 41st Floor, Los Angeles, CA 90017</u>
*Local Counsel Firm / Address*

<u>213-426-2500</u> — <u>lwinawer@goodwinprocter.com</u>
*Telephone Number* — *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____        _____
U. S. District Judge/U.S. Magistrate Judge