Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (State Bar No. 222240)
bdevine@goodwinprocter.com
Daniel P. Roeser (*pro hac pending*)
droeser@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts  02109
Telephone:   617-570-1000
Facsimile:    617-523-1231

Lloyd Winawer (State Bar No. 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California  90017
Telephone:   213-426-2500
Facsimile:    213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; Countrywide Capital Markets, LLC; Countrywide Securities Corporation; CWALT, Inc.; CWABS, Inc., CWHEQ, Inc., CWMBS, Inc., and N. Joshua Adler

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**[PROPOSED] ORDER REGARDING STIPULATION EXTENDING PAGE LIMIT FOR COUNTRYWIDE DEFENDANTS' CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF COORDINATED MOTION TO DISMISS BRIEFING**<br><br>Courtroom: 12<br>Judge:       Hon. Mariana R. Pfaelzer |

| | | |
|---|---|---|
| PUTNAM BANK, Individually and on Behalf of All Others Similarly Situated, | | |
| Plaintiff, | | |
| v. | Case No. 11-CV-04698-MRP (MANx) | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | | |
| Defendants. | | |
| BANKERS INSURANCE COMPANY, *et al.*, | | |
| Plaintiffs, | | |
| v. | Case No. 11-CV-07152-MRP (MANx) | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | | |
| Defendants. | | |
| STERLING FEDERAL BANK, F.S.B., | | |
| Plaintiff, | | |
| v. | Case No. 11-CV-07163-MRP (MANx) | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | | |
| Defendants. | | |
| WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, *et al.*, | | |
| Plaintiffs, | | |
| v. | Case No. 11-CV-07166-MRP (MANx) | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | | |
| Defendants. | | |

[PROPOSED] ORDER RE: STIPULATION EXTENDING PAGE LIMIT FOR CONSOLIDATED BRIEF

| | | |
|---|---|---|
| 1 | AMERICAN FIDELITY ASSURANCE COMPANY | |
| 2 | | |
| 3 | Plaintiff, | Case No. 11-CV-07167-MRP (MANx) |
| 4 | v. | |
| 5 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 6 | Defendants. | |
| 7 | SEALINK FUNDING LIMITED, | |
| 8 | Plaintiff, | |
| 9 | v. | Case No. 11-CV-08896-MRP (MANx) |
| 10 | COUNTRYWIDE FINANCIAL CORPORATION, et al., | |
| 11 | | |
| 12 | Defendants. | |
| 13 | NATIONAL INTEGRITY LIFE INSURANCE COMPANY, | |
| 14 | Plaintiff, | Case No. 11-CV-09889-MRP (MANx) |
| 15 | v. | |
| 16 | COUNTRYWIDE FINANCIAL CORPORATION, et al., | |
| 17 | | |
| 18 | Defendants. | |

[PROPOSED] ORDER RE: STIPULATION EXTENDING PAGE LIMIT FOR CONSOLIDATED BRIEF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     Based upon the parties Stipulation dated December 6, 2011, and good cause appearing therefore,

     IT IS HEREBY ORDERED AS FOLLOWS:  The Countrywide Defendants shall file a Consolidated Memorandum of Points and Authorities in Support of Their Motions to Dismiss not to exceed 80 pages in length.

     SO ORDERED.

Dated:  December __, 2011

                                                _____
                                                Mariana R. Pfaelzer
                                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: STIPULATION EXTENDING PAGE LIMIT FOR CONSOLIDATED BRIEF

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 South Figueroa Street, 41st Floor, Los Angeles, California 90017.

On **December 6, 2011**, I served the following documents on the persons on the attached service list as follows:

**[PROPOSED] ORDER REGARDING STIPULATION EXTENDING PAGE LIMIT FOR COUNTRYWIDE DEFENDANTS' CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF COORDINATED MOTION TO DISMISS BRIEFING**

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Boston, MA.

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

1
CERTIFICATE OF SERVICE

☐ (EXPRESS MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing Express Mail for mailing. On the same day that Express Mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

2
CERTIFICATE OF SERVICE

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **December 6, 2011**, at Los Angeles, California.

| Gareth J. Oania | *(Signature)* |
|---|---|
| (Type or print name) | |

# SERVICE LIST

| | |
|---|---|
| Matthew W. Close<br>**O'MELVENY AND MYERS**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br><br><br>Jonathan Rosenberg (*pro hac vice*)<br>William Sushon (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, New York 10036<br>Telephone:  212-326-2000<br>Facsimile:  212-326-2061 | *Attorneys for Defendants*<br>**Defendants Bank of America Corporation, Bank of America, N.A.—as successor by April 27, 2009** *de jure* **merger to Countrywide Bank, F.S.B., and as successor by July 1, 2011** *de jure* **merger to BAC Home Loans Servicing, LP—(named herein as both Bank of America, N.A. and BAC Home Loans Servicing, LP), and NB Holdings Corporation**<br><br>Tel:  213-430-6000<br>Fax:  213-430-6407<br>mclose@omm.com<br>jrosenberg@omm.com<br>wsushon@omm.com |
| David Siegel<br>A. Matthew Ashley<br>Allison L. Libeu<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276 | *Attorneys for Defendant*<br>**Angelo Mozilo**<br><br>Tel:  310-277-1010<br>Fax:  310-203-7199<br>dsiegel@irell.com<br>mashley@irell.com<br>alibeu@irell.com |
| Michael D. Torpey<br>Penelope A. Graboys Blair<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br>Michael C. Tu<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**David A. Sambol**<br><br>Tel: 415-773-5700<br>Fax: 415-773-5759<br>mtorpey@orrick.com<br>pgraboysblair@orrick.com<br><br><br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com |
| Christopher G. Caldwell<br>David C. Codell<br>Jeffrey M. Hammer<br>Eric S. Pettit<br>**CALDWELL LESLIE & PROCTOR, PC**<br>1000 Wilshire Blvd Suite 600 | *Attorneys for Defendant:*<br>**Stanford L. Kurland**<br><br>Tel : 213-629-9040<br>Fax: 213-629-9022<br>caldwell@caldwell-leslie.com<br>codell@caldwell-leslie.com |

1

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Los Angeles, CA 90017 | hammer@caldwell-leslie.com<br>pettit@caldwell-leslie.com |
| 2 | | |
| 3 | David A. Priebe<br>Shirli Fabbri Weiss<br>**DLA PIPER LLP**<br>2000 University Avenue<br>East Palo Alto, CA 94303<br><br>Nicolas Morgan<br>**DLA PIPER LLP**<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067-6022<br><br>Keara Gordon<br>Anthony Gill<br>**DLA PIPER LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | *Attorneys for Defendant:*<br>**Eric P. Sieracki**<br><br>Tel: 650-833-2000<br>Fax: 650-833-2001<br>david.priebe@dlapiper.com<br>shirli.weiss@dlapiper.com<br><br>Tel: 310-595-3000<br>Fax: 310-595-3300<br>nicolas.morgan@dlapiper.com<br><br>Tel: 212-335-4500<br>Fax: 212-335-4501<br>keara.gordon@dlapiper.com<br>anthony.gill@dlapiper.com |
| 12 | Jennifer M. Sepic<br>**BINGHAM MCCUTCHEN LLP**<br>355 South Grand Avenue Suite 4400<br>Los Angeles, CA 90071<br><br>Leiv H. Blad , Jr<br>Zarema Arutyunova<br>**BINGHAM MCCUTCHEN LLP**<br>2020 K Street NW<br>Washington, DC 20006-1806 | *Attorneys for Defendant:*<br>**David A. Spector**<br><br>Tel: 213-680-6400<br>Fax: 213-680-6499<br>jennifer.sepic@bingham.com<br><br>Tel: 202-373-6564<br>Fax: 202-373-6001<br>leiv.blad@bingham.com<br>zarema.arutyunova @bingham.com |
| 18 | Joshua G. Hamilton<br>Peter Young Hoon Cho<br>William F. Sullivan<br>**PAUL HASTINGS JANOFSKY AND WALKER LLP**<br>515 South Flower Street 25th Fl<br>Los Angeles, CA 90071-2228 | *Attorneys for Defendants:*<br>**Ranjit Kripalani,**<br>**Jennifer S. Sandefur,**<br><br>Tel: 213-683-6<br>Fax: 213-627-0<br>joshuahamilton@paulhastings.<br>petercho@paulhastings.<br>williamsullivan@paulhastings.com |
| 23 | Anne L. Box<br>**SCOTT & SCOTT LLP**<br>6424 Santa Monica Boulevard<br>Los Angeles, CA 90038<br><br>David R. Scott<br>Amanda F. Lawrence<br>**SCOTT & SCOTT LLP**<br>156 South Main Street | *Attorneys for Plaintiff*<br>**Putnam Bank**<br><br><br><br><br>Tel:  213-985-1274<br>Fax:  213-985-1278<br>abox@scott-scott.com |

28

2

CERTIFICATE OF SERVICE

| | |
|---|---|
| Colchester, CT 06415<br>Telephone: 860-537-5537 | drscott@scott-scott.com<br>alawrence@scott-scott.com |
| Brian R. Kopelowitz, Esq.<br>Jason H. Alperstein, Esq.<br>**KOPELOWITZ OSTROW**<br>Ferguson Weiselberg Keechl<br>200 S.W. First Avenue, 12th Floor<br>Fort Lauderdale, FL 33301 | *Attorneys for Plaintiffs*<br>Bankers Insurance Company, Bankers Life Insurance Company, First Community Insurance Company, Bankers Specialty Insurance Company, and Sterling Federal Bank, F.S.B.<br><br>*kopelowitz@kolawyers.com*<br>*alperstein@kolawyers.com*<br>Tel: 954-525-4100<br>Fax: 954-525-4300 |
| Gerald H. Silk<br>David L. Wales<br>Jai K. Chandrasekhar<br>Lauren A. McMillen<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br><br><br><br><br><br><br><br><br><br><br><br>Blair Nicholas<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | *Attorneys for Plaintiff*<br>Sealink Funding, Ltd.<br><br>*jerry@blbglaw.com*<br>*dwales@blbglaw.com*<br>*jai@blbglaw.com*<br>*lauren@blbgl.w.com*<br>*blairn@blbglaw.com*<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323 |
| Brian C. Lysaght<br>**LYSAGHT LAW GROUP**<br>12021 Wilshire Boulevard<br>Los Angeles, California 90025 | *Attorneys for Plaintiffs*<br>Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, Fort Washington |

3
CERTIFICATE OF SERVICE

| | |
|---|---|
| David H. Wollmuth<br>Vincent T. Chang<br>Steven S. Fitzgerald<br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>500 Fifth Avenue, 12th Floor<br>New York, NY 10036 | Investment Advisors, Inc. *on behalf of* Fort Washington Active Fixed Income, LLC, and National Integrity Life Insurance Company<br><br>*lysaghtlaw@hotmail.com*<br>*dwollmuth@wmd-law.com*<br>*vchang@wmd-law.com*<br>*sfitzgerald@wmd-law.com*<br>Tel: (310) 567-1111<br>Fax: (310) 472-0243 |
| William B. Federman<br>Stuart W. Emmons<br>Jennifer F. Sherrill<br>**FEDERMAN & SHERWOOD**<br>10205 North Pennsylvania Ave.<br>Oklahoma City, OK 73120 | *Attorneys for Plaintiff*<br>American Fidelity Assurance Company<br><br>wbf@federmanlaw.com<br>swe@federmanlaw.com<br>jfs@federmanlaw.com<br>Tel.: 405-235-1560<br>Fax: 405-239-2112 |

4

CERTIFICATE OF SERVICE