IRELL & MANELLA LLP
David Siegel (101355)
dsiegel@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Allison L. Libeu (244487)
alibeu@irell.com
Holly Gershow (253508)
hgershow@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Defendant
Angelo Mozilo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 11-ML-02265-MRP (MANx) |
| SEALINK FUNDING LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-08896-MRP (MANx)<br>**NOTICE OF APPEARANCE OF A. MATTHEW ASHLEY**<br>Assigned to Hon. Mariana R. Pfaelzer<br>Courtroom 12 |

2537577

1 **TO THE CLERK OF THIS COURT AND ALL COUNSEL OF**
2 **RECORD:**

3     PLEASE ENTER THE APPEARANCE of A. Matthew Ashley of the firm of
4 Irell & Manella LLP as counsel of record for and on behalf of Defendant Angelo
5 Mozilo in the above-entitled matter. Please forward copies of all pleadings and
6 notices pertaining to the above-entitled matter to counsel at the following address:

7
    A. Matthew Ashley
8     Irell & Manella LLP
    840 Newport Center Drive, Suite 400
9     Newport Beach, California 92660
10     Telephone: (949) 760-0991
    Facsimile: (949) 760-5200
11     E-mail: mashley@irell.com
12

13     A. Matthew Ashley is licensed to practice law in the State of California, is a
14 member in good standing of the California State Bar, and is admitted to practice
15 before the United States District Court for the Central District of California.
16

17 Dated: December 12, 2011     Respectfully submitted,
18     IRELL & MANELLA LLP
19
20
21     By: /s/ A. Matthew Ashley
    A. Matthew Ashley
22     Attorney for Defendant
    Angelo Mozilo

2537577