IRELL & MANELLA LLP
David Siegel (101355)
dsiegel@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Allison L. Libeu (244487)
alibeu@irell.com
Holly Gershow (253508)
hgershow@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant
Angelo Mozilo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 11-ML-02265-MRP (MANx) |
| SEALINK FUNDING LIMITED, Plaintiff, vs. COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, Defendants. | Case No. 11-CV-08896-MRP (MANx) **NOTICE OF APPEARANCE OF DAVID SIEGEL** Assigned to Hon. Mariana R. Pfaelzer Courtroom 12 |

2537577

NOTICE OF APPEARANCE OF DAVID SIEGEL
Case No. 11-CV-08896-MRP (MANx)

**TO THE CLERK OF THIS COURT AND ALL COUNSEL OF RECORD:**

PLEASE ENTER THE APPEARANCE of David Siegel of the firm of Irell & Manella LLP as counsel of record for and on behalf of Defendant Angelo Mozilo in the above-entitled matter. Please forward copies of all pleadings and notices pertaining to the above-entitled matter to counsel at the following address:

> David Siegel
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, California 90067
> Telephone: (310) 277-1010
> Facsimile: (310) 203-7199
> E-mail: dsiegel@irell.com

David Siegel is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Central District of California.

Dated: January 5, 2012           Respectfully submitted,

                                              IRELL & MANELLA LLP

                                              By:      /s/ David Siegel
                                                       David Siegel
                                                       Attorney for Defendant
                                                       Angelo Mozilo