```
 1   BERNSTEIN LITOWITZ BERGER
        & GROSSMANN LLP
 2   TIMOTHY A. DELANGE  (Bar No. 190768)
     (timothyd@blbglaw.com)
 3   BRETT M. MIDDLETON  (Bar No. 199427)
     (brettm@blbglaw.com)
 4   JOSEPH W. GOODMAN  (Bar No. 230161)
     (joseph.goodman@blbglaw.com)
 5   12481 High Bluff Drive, Suite 300
     San Diego, CA 92130
 6   Tel:   (858) 793-0070
     Fax:  (858) 793-0323
 7        -and-
     CHAD JOHNSON
 8   (chad@blbglaw.com)
     JAI K. CHANDRASEKHAR
 9   (jai@blbglaw.com)
     1285 Avenue of the Americas
10   New York, NY 10019
     Tel:   (212) 554-1400
11   Fax:  (212) 554-1444

12   Attorneys for Plaintiff
     Sealink Funding Limited
13
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**DECLARATION OF SVEN PETERSEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Courtroom: 12<br>Judge:   Hon. Mariana R. Pfaelzer |
| SEALINK FUNDING LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-08896-MRP (MANx) |

I, Sven Petersen, certify and declare as follows:

1. I am currently a Managing Director at SAM Sachsen Asset Management GmbH. I have 22 years of professional experience in banking, IT-organization, management of affiliated companies, business sector analysis and development as well as portfolio and company strategy. I make this declaration in support of Plaintiff's Opposition To Defendants' Motions To Dismiss. I have personal knowledge of the matters asserted herein, and could testify competently thereto if called upon to do so.

2. Between January 2006 and May 2008, I was a Managing Director with Sachsen LB Europe Plc. ("Sachsen Europe"), a public limited company incorporated under the laws of Ireland. Sachsen Europe maintained its principal place of business at Ninth Floor, Block A, 1 George's Quay, Dublin 2, Ireland. Sachsen Europe's primary business purpose was the purchase of asset backed securities, including mortgage-backed securities ("MBS").

3. In 2004, Sachsen Europe was involved in creating Ormond Quay Funding Plc. ("Ormond Quay"), a special-purpose vehicle incorporated under the laws of Ireland. Ormond Quay's registered office was at Fourth Floor, Hanover Building, Windmill Lane, Dublin 2, Ireland.

4. In 2004, Sachsen Europe was involved in creating Eden Quay Asset Management Ltd. ("Eden Quay"), a special-purpose vehicle incorporated under the laws of Ireland. Eden Quay's registered office was at whose registered office was at BDO Simpson Xavier, Beaux Lane House, Mercer Street, Lower Dublin 2, Ireland.

5. In 2004, Sachsen Europe was involved in creating Ellis Quay Asset Management Ltd. ("Ellis Quay"), a special-purpose vehicle incorporated under the laws of Ireland. Ellis Quay's registered office was at BDO Simpson Xavier, Beaux Lane House, Mercer Street, Lower Dublin 2, Ireland.

6. In 2004, Sachsen Europe was involved in creating Merchants Quay Asset Management Ltd. ("Merchants Quay"), a special-purpose vehicle incorporated under the laws of Ireland. Merchants Quay's registered office was at BDO Simpson Xavier, Beaux Lane House, Mercer Street, Lower Dublin 2, Ireland.

7. In 2007, Sachsen Europe was involved in creating Sachsen Funding I Ltd. ("Sachsen Funding"), a special-purpose vehicle incorporated under the laws of Ireland. Sachsen Funding's registered office was at Fifth Floor, 75 St. Stephen's Green, Dublin 2, Ireland.

8. In 2007, Sachsen Europe was involved in creating Castleview Asset Management Ltd. ("Castleview 1"), a special-purpose vehicle incorporated under the laws of the Cayman Islands. Castleview 1's registered office was at P.O. Box 1093, Queensgate House, Grand Cayman, KY1-1102, Cayman Islands.

9. In 2007, Sachsen Europe was involved in creating Castleview 2 Asset Management Ltd. ("Castleview 2"), a special-purpose vehicle incorporated under the laws of the Cayman Islands. Castleview 2's registered office was at P.O. Box 1093, Queensgate House, Grand Cayman, KY1-1102, Cayman Islands.

10. In 2008, Sachsen Europe was involved in creating Castleview 3 Asset Management Ltd. ("Castleview 3"), a special-purpose vehicle incorporated under the laws of the Cayman Islands. Castleview 3's registered office was at P.O. Box 1093, Queensgate House, Grand Cayman, KY1-1102, Cayman Islands.

11. Ormond Quay, Sachsen Funding, Eden Quay, Ellis Quay, Merchants Quay, Castleview 1, Castleview 2 and Castleview 3 did not have employees. Sachsen LB Europe employed the traders, analysts and other employees who performed the analysis and purchase of the MBS for these SPVs. All operational activities of these SPVs, including the purchase of MBS, were conducted through Sachsen Europe at Sachsen Europe's principal place of business in Dublin, Ireland.

1  12.  I declare, under penalty of perjury, that the foregoing facts are true
2  and correct to the best of my knowledge.
3  Executed this 12th day of January 2012 at Leipzig, Germany.

*[signature]*
Sven Petersen