| | |
|---|---|
| 1 | BERNSTEIN LITOWITZ BERGER |
|   |   & GROSSMANN LLP |
| 2 | BLAIR A. NICHOLAS (Bar No. 178428) |
|   | (blairn@blbglaw.com) |
| 3 | TIMOTHY A. DELANGE (Bar No. 190768) |
|   | (timothyd@blbglaw.com) |
| 4 | BRETT M. MIDDLETON (Bar No. 199427) |
|   | (brettm@blbglaw.com) |
| 5 | MATTHEW P. JUBENVILLE (Bar No. 228464) |
|   | (matthewj@blbglaw.com) |
| 6 | PAUL M. JONNA (Bar No. 265389) |
|   | (paulj@blbglaw.com) |
| 7 | 12481 High Bluff Drive, Suite 300 |
|   | San Diego, CA 92130 |
| 8 | Tel:   (858) 793-0070 |
|   | Fax:  (858) 793-0323 |
| 9 |      -and- |
|   | DAVID L. WALES |
| 10 | JAI K. CHANDRASEKHAR |
|   | LAUREN A. MCMILLEN |
| 11 | 1285 Avenue of the Americas |
|   | New York, NY 10019 |
| 12 | Tel:   (212) 554-1400 |
|   | Fax:  (212) 554-1444 |
| 13 | |
| 14 | *Counsel for Plaintiff* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx) <br><br> **PROOF OF SERVICE** <br><br> Date/Time: 2/13/2012 at 11:00 a.m. <br> Date/Time: 2/14/2012 at 1:00 p.m. <br> Courtroom: 12 <br> Judge:    Hon. Mariana R. Pfaelzer |
| SEALINK FUNDING LIMITED, <br><br>        Plaintiff, <br><br>   v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br>        Defendants. | Case No. 11-CV-08896-MRP (MANx) |

I, the undersigned, declare:

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on January 13, 2012, I caused to be served the following documents:

- **Plaintiff's Opposition to Defendants' Motions to Dismiss**
- **Declaration of Michael Neises in Support of Plaintiff's Opposition to Defendants' Motions to Dismiss**
- **Declaration of Sven Petersen in Support of Plaintiff's Opposition to Defendants' Motions to Dismiss**
- **Declaration of Susan Millar in Support of Plaintiff's Opposition to Defendants' Motions to Dismiss**
- **Proof of Service**

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

3. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 13, 2012, at San Diego, California.

Jessica Cuccurullo, C.P.

-1-    PROOF OF SERVICE
Case No. 11-CV-08896-MRP (MANx)

## SERVICE LIST

| | |
|---|---|
| Matthew W. Close<br>Seth A. Aronson<br>**O'MELVENY AND MYERS**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br>Tel: 213-430-6000<br>Fax: 213-430-6407<br>mclose@omm.com<br>saronson@omm.com<br><br>Jonathan Rosenberg (*pro hac vice*)<br>William Sushon (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-728-5693<br>Facsimile: 212-326-2061<br>jrosenberg@omm.com<br>wsushon@omm.com | *Attorneys for Defendants*<br>**Bank of America Corp., BAC Home Loans Servicing, LP, and NB Holdings Corporation** |
| David Siegel<br>Allison L. Libeu<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>dsiegel@irell.com<br><br>A. Matthew Ashley<br>Allison L. Libeu<br>**IRELL & MANELLA LLP**<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA92660-6324<br>Tel: 949-760-0991<br>Fax: 949-760-5200<br>mashley@irell.com<br>alibeu@irell.com | *Attorneys for Defendant*<br>**Angelo Mozilo** |
| Michael C. Tu<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017<br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com | *Attorneys for Defendant:*<br>**David A. Sambol** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | Brian C. Devine<br>John O. Farley<br>Inez H. Friedman-Boyce<br>Brian E. Pastuszenksi<br>Adam Slutsky<br>**GOODWIN PROCTER LLP**<br>53 State Street Exchange Place<br>Boston, MA 02109<br>Tel: 617-570-1794<br>Fax: 617-523-1231<br>bdevine@goodwinprocter.com<br>Jfarley@goodwinprocter.com<br>ifriedmanboyce@goodwinprocter.com<br>bpastuszenski@goodwinprocter.com<br>aslutsky@goodwinprocter.com<br><br>Lloyd Winawer<br>GOODWINE PROCTER LLP<br>10250 Constellation Blvd., 21st Floor<br>Los Angeles, CA 90067<br>Tel: 310-788-5711<br>Fax: 310-286-0992<br>lwinawer@goodwinprocter.com | *Attorneys for Defendants*<br>**CWABS, Inc., CWALT, Inc., CWHEQ, Inc., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.** |