1 | Brian E. Pastuszenski (*pro hac vice*)
*bpastuszenski@goodwinprocter.com*
2 | Inez H. Friedman-Boyce (*pro hac vice*)
*ifriedmanboyce@goodwinprocter.com*
3 | Brian C. Devine (State Bar No. 222240)
*bdevine@goodwinprocter.com*
4 | Daniel P. Roeser (*pro hac pending*)
*droeser@goodwinprocter.com*
5 | **GOODWIN PROCTER LLP**
53 State Street
6 | Boston, MA  02109
Telephone:   617-570-1000
7 | Facsimile:   617-523-1231

8 | Lloyd Winawer (State Bar No. 157823)
*lwinawer@goodwinprocter.com*
9 | **GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
10 | Los Angeles, CA  90017
Telephone:   213-426-2500
11 | Facsimile:   213-623-1673

12 | *Attorneys for Defendants*
Countrywide Financial Corporation; Countrywide
13 | Home Loans, Inc.; Countrywide Home Loans
Servicing LP; Countrywide Capital Markets, LLC;
14 | Countrywide Securities Corporation; CWALT,
Inc.; CWABS, Inc., CWHEQ, Inc., CWMBS, Inc.,
15 | and N. Joshua Adler

16 | [Additional Counsel on Signature Page]

17 |

18 | **UNITED STATES DISTRICT COURT**

19 | **CENTRAL DISTRICT OF CALIFORNIA**

20 | **In re COUNTRYWIDE FINANCIAL** | Case No.11-ML-02265-MRP (MANx)
**CORP. MORTGAGE-BACKED**
21 | **SECURITIES LITIGATION CASES** | **STIPULATION EXTENDING**
**PAGE LIMIT FOR**
22 | | **COUNTRYWIDE DEFENDANTS'**
**OMNIBUS REPLY**
23 | | **MEMORANDUM IN SUPPORT**
**OF COORDINATED MOTIONS**
24 | | **TO DISMISS**

25 |
26 | | Courtroom: 12
Judge:  Hon. Mariana R. Pfaelzer
27 |

28 |

| | |
|---|---|
| 1 | BANKERS INSURANCE COMPANY, *et al.*, | Case No. 11-CV-07152-MRP (MANx) |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | COUNTRYWIDE FINANCIAL CORPORATION, et al., |
| 6 | Defendants. |
| 7 | STERLING FEDERAL BANK, F.S.B., | Case No. 11-CV-07163-MRP (MANx) |
| 8 | Plaintiff, |
| 9 | v. |
| 10 | COUNTRYWIDE FINANCIAL CORPORATION, et al., |
| 11 | |
| 12 | Defendants. |
| 13 | WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, *et al.* | Case No. 11-CV-07166-MRP (MANx) |
| 14 | |
| 15 | Plaintiffs, |
| 16 | v. |
| 17 | COUNTRYWIDE FINANCIAL CORPORATION*, et al.,* |
| 18 | Defendants. |
| 19 | AMERICAN FIDELITY ASSURANCE COMPANY, | Case No. 11-CV-07167-MRP (MANx) |
| 20 | |
| 21 | Plaintiff, |
| 22 | v. |
| 23 | COUNTRYWIDE FINANCIAL CORPORATION*, et al.,* |
| 24 | Defendants. |
| 25 | SEALINK FUNDING LIMITED, | Case No. 11-CV-08896-MRP (MANx) |
| 26 | Plaintiff, |
| 27 | v. |
| 28 | COUNTRYWIDE FINANCIAL CORPORATION*, et al.,* |
| | Defendants |

1

2

| NATIONAL INTEGRITY LIFE INSURANCE COMPANY, | Case No. 11-CV-09889-MRP (MANx) |
|---|---|
| Plaintiff, | |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.,* | |
| Defendants | |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, on December 7, 2011, defendants Countrywide Financial

2  Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing

3  LP; Countrywide Capital Markets, LLC; Countrywide Securities Corporation;

4  CWALT, Inc.; CWABS, Inc., CWHEQ, Inc., CWMBS, Inc. (collectively, the

5  "Countrywide Defendants") filed coordinated motions to dismiss in *Putnam Bank v.*

6  *Countrywide Financial Corporation*, No. 11-CV-04698-MRP (MANx) ("*Putnam*"),

7  *Bankers Insurance Company, et al. v. Countrywide Financial Corporation, et al.*,

8  Case No. 11-CV-07152-MRP (MANx) ("*Bankers*"), *Sterling Federal Bank, F.S.B.*

9  *v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07163-MRP

10  (MANx) ("*Sterling*"), *Western and Southern Life Insurance Company, et al. v.*

11  *Countrywide Financial Corporation, et al.*, Case No. 11-CV-07166-MRP (MANx)

12  ("*WSLIC*"), and *American Fidelity Assurance Company v. Countrywide Financial*

13  *Corporation, et al.*, Case No. 11-CV-07167-MRP (MANx) ("*AFAC*"), *Sealink*

14  *Funding Ltd. v. Countrywide Financial Corporation*, Case No. 2:11-cv-08896-MRP

15  (MANx) ("*Sealink*"), and *National Integrity Life Insurance Company v.*

16  *Countrywide Financial Corporation*, Case No. 2:11-cv-09889-MRP (MANx)

17  ("*National Integrity*"), based on venue, standing, and the applicable statutes of

18  limitations and repose;

19    WHEREAS, the Countrywide Defendants' coordinated motions to dismiss the

20  *Putnam*, *Bankers*, *Sterling*, *WSLIC*, *AFAC*, *Sealink* and *National Integrity* actions

21  were supported by an omnibus memorandum of points and authorities that was 76

22  pages in length;

23    WHEREAS, on January 13, 2012, the plaintiffs in the *Putnam*, *Bankers*,

24  *Sterling*, *WSLIC*, *AFAC*, *Sealink* and *National Integrity* actions filed memoranda of

25  points and authorities in opposition to the Countrywide Defendants' coordinated

26  motions to dismiss, which memoranda collectively totaled 121 pages in length;[1]

---

27    [1]  Portions of the opposition briefs filed in the *Putnam*, *Bankers*, *Sterling*,
28  *WSLIC*, *Sealink* and *National* Integrity actions also addressed dismissal arguments
made by the other defendants in those cases.

1

1   WHEREAS, pursuant to Local Rule 11-6 of the U.S. District Court for the

2   Central District of California, the Countrywide Defendants may file a reply brief of

3   up to 25 pages in support of their motions to dismiss in each of the *Putnam*,

4   *Bankers*, *Sterling*, *WSLIC*, *AFAC*, *Sealink* and *National Integrity* actions;

5   WHEREAS, the Countrywide Defendants intend to file an omnibus reply

6   memorandum of points and authorities in support of their motions to dismiss the

7   *Putnam*, *Bankers*, *Sterling*, *WSLIC*, *AFAC*, *Sealink* and *National Integrity* actions;

8   WHEREAS, the parties hereto agree that justification and good cause exists

9   for extending the 25-page limitation for the Countrywide Defendants' omnibus reply

10   memorandum of points and authorities in support of their motions to dismiss;

11   NOW, THEREFORE, the parties hereby agree and stipulate to the following,

12   subject to the Court's approval:

13   The Countrywide Defendants shall file an omnibus reply memorandum of

14   points and authorities in support of their motions to dismiss not to exceed 60 pages

15   in length.  The page limits for all other Defendants' reply briefs in support of their

16   motions to dismiss will remain as allowed under Local Rule 11-6.

17

18   IT IS SO STIPULATED

19

20   Dated:  January 31, 2012        Defendants Countrywide Financial Corp.,
                                      Countrywide Home Loans, Inc., Countrywide
21                                    Home Loan Servicing, L.P., Countrywide Capital
                                      Markets, LLC, Countrywide Securities Corp.,
22                                    CWALT, Inc.; CWABS, Inc., CWHEQ, Inc., and
                                      CWMBS, Inc.,  and N. Joshua Adler

23                                    By their attorneys,

24                                    /s/ Brian E. Pastuszenski
                                      Brian E. Pastuszenski (*pro hac vice*)
25                                    Lloyd Winawer (State Bar No. 157823)
                                      Inez H. Friedman-Boyce (*pro hac vice*)
26                                    Brian C. Devine (State Bar No. 222240)
                                      Daniel P. Roeser (*pro hac pending*)
27                                    GOODWIN PROCTER LLP

28

2

1

Dated:  January 31, 2012

Defendants Bank of America Corporation,
Bank of America, N.A.—as successor by April
27, 2009 *de jure* merger to Countrywide Bank,
F.S.B., and as successor by July 1, 2011 *de jure*
merger to BAC Home Loans Servicing, LP—
(named herein as both Bank of America, N.A.
and BAC Home Loans Servicing, LP), and NB
Holdings Corporation

2

3

4

5

By their attorneys,

6

7

/s/ Matthew Close_____
Matthew Close (SBN 188570)
*mclose@omm.com*
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone:  213-430-7213
Facsimile:  213-430-6407

8

9

10

11

Jonathan Rosenberg (*pro hac vice*)
jrosenberg@omm.com
William Sushon (*pro hac vice*)
*wsushon@omm.com*
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone:  212-326-2000
Facsimile:  212-326-2061

12

13

14

15

16

Dated:  January 31, 2012

Defendant Angelo Mozilo

17

By his attorney,

18

19

/s/ David Siegel_____
David Siegel (SBN 101355)
*dsiegel@irell.com*
A. Matthew Ashley (SBN 198235)
*mashley@irell.com*
Allison L. Libeu (SBN 244487)
*alibeu@irell.com*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone:  310-277-1010
Facsimile:  310-203-7199

20

21

22

23

24

25

*Signing as to* Putnam, AFAC, WSLIC, Sealink,
*and* National Integrity *Only*

26

27

28

---

3

Case 2:11-cv-08896-MRP-MAN Document 50 Filed 01/31/12 Page 7 of 17 Page ID #:6007

1  Dated: January 31, 2012

Defendant David Sambol

2  By his attorneys,

3  /s/ Michael C. Tu_____
Michael C. Tu (State Bar No. 186793)

4  *mtu@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP

5  777 South Figueroa Street, Suite 3200
Los Angeles, California 90017

6  Telephone: 213-629-2020
Facsimile: 213-612-2499

7

8  Michael Torpey (State Bar No. 79424)
*mtorpey@orrick.com*
Penelope Graboys Blair (State Bar No. 214742)

9  *pgraboysblair@orrick.com*
ORRICK, HERRINGTON &

10    SUTCLIFFE LLP
The Orrick Building

11  405 Howard Street
San Francisco, CA 94105

12  Telephone: 415-773-5700
Facsimile: 415-773-5759

13

14  *Signing as to* Putnam, AFAC, WSLIC, Sealink, *and* National Integrity *Only*

15  Dated: January 31, 2012

Defendant Stanford L. Kurland

16  By his attorneys,

17

18  /s/ Christopher G. Caldwell_____
Christopher G. Caldwell (State Bar No.

19  106790)
*caldwell@caldwell-leslie.com*

20  Jeanne Fugate (State Bar No. 236341)
*fugate@caldwell-leslie.com*

21  Jeffrey M. Hammer (State Bar No. 264232)
*hammer@caldwell-leslie.com*

22  CALDWELL LESLIE &
PROCTOR, PC

23  1000 Wilshire Blvd Suite 600
Los Angeles, CA 90017

24  Telephone: 213-629-9040
Facsimile: 213-629-9022

25

26  *Signing as to* Putnam, AFAC, WSLIC, *and* National Integrity *Only*

27

28

4

1   Dated:  January 31, 2012

2

3

4

5

6

7

8

9

10

11

12

13

14   Dated:  January 31, 2012

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant Eric P. Sieracki

By his attorneys,


/s/ David A. Priebe _____
David A. Priebe (State Bar No. 148679)
*david.priebe@dlapiper.com*
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, California  94303-2248
Telephone:  650-833-2000
Facsimile:   650-833-2001

Shirli Fabbri Weiss (State Bar No. 079225)
*shirli.weiss@dlapiper.com*
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619-699-3650
Facsimile:  619-764-6650

*Signing as to* Putnam, AFAC, WSLIC, *and* National Integrity *Only*

Defendant David A. Spector

By his attorney,


/s/ Leiv Blad Jr._____
Leiv Blad Jr. (State Bar No. 151353)
*leiv.blad@bingham.com*
BINGHAM McCUTCHEN LLP
2020 K Street, NW
Washington, DC  20006
Telephone:  202-373-6000
Facsimile:  202-373-6001

Jennifer M. Sepic
*jennifer.sepic@bingham.com*
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue Suite 4400
Los Angeles, CA 90071
Tel: 213-680-6400
Fax: 213-680-6499

*Signing as to* Putnam, AFAC, WSLIC, *and* National Integrity *Only*

5

1

Dated:  January 31, 2012

2

3

4

5

6

7

8

9

10

11

12

13

Dated:  January 31, 2012

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants Ranjit Kripalani and Jennifer S. Sandefur

By their attorneys,


/s/ Joshua G. Hamilton
William F. Sullivan (State Bar No. 078353)
*williamsullivan@paulhastings.com*
Joshua G. Hamilton (State Bar No. 199610)
*joshuahamilton@paulhastings.com*
Jenifer Q. Doan (State Bar No. 271571)
*jeniferdoan@paulhastings.com*
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone:  213-683-6000
Facsimile:  213-627-0705


*Signing as to* Putnam, AFAC*,*WSLIC, *and* National Integrity *Only*

Plaintiff Putnam Bank

By its attorneys,


/s/ Anne L. Box
Anne L. Box
*abox@scott-scott.com*
SCOTT & SCOTT LLP
6424 Santa Monica Boulevard
Los Angeles, CA 90038
Telephone:  213-985-1274
Facsimile:  213-985-1278

-and-

David R. Scott
*drscott@scott-scott.com*
Amanda F. Lawrence
*alawrence@scott-scott.com*
SCOTT & SCOTT LLP
156 South Main Street
Colchester, CT 06415
Telephone:  860-537-5537

*Signing as to* Putnam *Only*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  January 31, 2012

Dated:  January 31, 2012

Plaintiffs Bankers Insurance Company,
Bankers Life Insurance Company, First
Community Insurance Company, Bankers
Specialty Insurance Company, and Sterling
Federal Bank, F.S.B.

By their attorneys,


/s/ Jason Alperstein_____
Brian R. Kopelowitz, Esq.
*kopelowitz@kolawyers.com*
Jason H. Alperstein, Esq.
*alperstein@kolawyers.com*
KOPELOWITZ OSTROW
Ferguson Weiselberg Keechl
200 S.W. First Avenue, 12th Floor
Fort Lauderdale, FL 33301
Telephone: 954-525-4100
Facsimile: 954-525-4300

*Signing as to* Bankers *and* Sterling *Only*

Plaintiff Sealink Funding Ltd.

By their attorneys,


/s/ Timothy DeLange_____
Timothy DeLange
*timothyd@blbglaw.com*
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

Gerald H. Silk
*jerry@blbglaw.com*
David L. Wales
*dwales@blbglaw.com*
Jai K. Chandrasekhar
*jai@blbglaw.com*
Lauren A. McMillen
*lauren@blbgl.w.com*
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: 212-554-1400
Fax: 212- 554-1444

*Signing as to* Sealink *Only*

7

Dated: January 31, 2012

Plaintiffs Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, Fort Washington Investment Advisors, Inc. *on behalf of* Fort Washington Active Fixed Income, LLC, and National Integrity Life Insurance Company,

By their attorneys,

/s/ Brian C. Lysaght
Brian C. Lysaght (Bar. No. 61965)
*lysaghtlaw@hotmail.com*
LYSAGHT LAW GROUP
12021 Wilshire Boulevard
Los Angeles, California 90025
Telephone: (310) 567-1111
Facsimile: (310) 472-0243

-and-

David H. Wollmuth (*pro hac vice*)
*dwollmuth@wmd-law.com*
Steven S. Fitzgerald (*pro hac vice*)
*sfitzgerald@wmd-law.com*
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10036
Telephone: 212-382-3300
Facsimile: 212-382-0050

*Signing as to* WSLIC *and* National Integrity *Only*

Dated: January 31, 2012

American Fidelity Assurance Company

By its attorneys,

/s/ William B. Federman
William B. Federman
*wbf@federmanlaw.com*
Stuart W. Emmons
*swe@federmanlaw.com*
Jennifer F. Sherrill
*jfs@federmanlaw.com*
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Ave.
Oklahoma City, OK 73120
Tel.: 405-235-1560
Fax: 405-239-2112

*Signing as to* AFAC *Only*

8

**<u>PROOF OF SERVICE</u>**

1

2      I am employed in the County of Los Angeles.  I am over the age of 18 and not
a party to the within action.  My business address is 601 South Figueroa Street, 41st
3  Floor, Los Angeles, California.

4      On **January 31, 2012**, I served the following documents on the persons on
the attached service list as follows:
5

6  **STIPULATION EXTENDING PAGE LIMIT FOR COUNTRYWIDE
DEFENDANTS' OMNIBUS REPLY MEMORANDUM IN SUPPORT OF
COORDINATED MOTION TO DISMISS BRIEFING;**
7

8  **[PROPOSED] ORDER REGARDING STIPULATION EXTENDING PAGE
LIMIT FOR COUNTRYWIDE DEFENDANTS' OMNIBUS REPLY
MEMORANDUM IN SUPPORT OF COORDINATED MOTIONS TO
9  DISMISS**

10

11  ☐   (MAIL) I placed the envelope for collection and mailing, following our
ordinary business practices.  I am readily familiar with this firm's practice
12       for collecting and processing correspondence for mailing.  On the same day
that correspondence is placed for collection and mailing, it is deposited in
13       the ordinary course of business with the United States Postal Service, in a
sealed envelope with postage fully prepaid.  I am a resident or employed in
14       the county where the mailing occurred.  The envelope or package was
placed in the mail at Los Angeles, Ca.

15

☑   (CM/ECF Electronic Filing) I caused the above document(s) to be
16       transmitted to the office(s) of the addressee(s) listed above by electronic
mail at the e-mail address(es) set forth above pursuant to
17       Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated
automatically by the ECF system upon completion of an electronic filing.
18       The NEF, when e-mailed to the e-mail address of record in the case, shall
constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of
19       the NEF shall be attached to any document served in the traditional manner
upon any party appearing pro se."

20

☐   (EXPRESS MAIL) I placed the envelope for collection and mailing,
21       following our ordinary business practices.  I am readily familiar with this
firm's practice for collecting and processing Express Mail for mailing.  On
22       the same day that Express Mail is placed for collection and mailing, it is
deposited in the ordinary course of business with the United States Postal
23       Service, in a post office, mailbox, sub-post office, substation, mail chute, or
other like facility regularly maintained by the United States Postal Service
24       for receipt of Express Mail.

25  ☐   (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly
maintained by Federal Express , an express service carrier, or delivered to a
26       courier or driver authorized by said express service carrier to receive
documents, a true copy  of the foregoing document in sealed envelopes or
27       packages designated by the express service carrier, addressed as stated
above, with fees for overnight delivery paid or provided for.

28

---

9

1 ☐ (MESSENGER SERVICE) I served the documents by placing them in an
envelope or package addressed to the persons at the addresses listed and
2 provided them to a professional messenger service for service.  A separate
Personal Proof of Service provided by the professional messenger service
3 will be filed under separate cover.

4 ☐ (FACSIMILE) Based on an agreement of the parties to accept service by
fax transmission, I faxed the documents to the persons at the fax numbers
5 listed. No error was reported by the fax machine that I used. A copy of the
record of the fax transmission, which I printed out, is attached.

6
☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or
7 an agreement of the parties to accept service by e-mail or electronic
transmission, I caused the documents to be sent to the persons at the e-mail
8 addresses listed. I did not receive, within a reasonable time after the
transmission, any electronic message or other indication that the
9 transmission was unsuccessful.

10

11 I declare under penalty of perjury that I am employed in the office of a
member of the bar of this Court at whose direction this service was made and that
12 the foregoing is true and correct.

13 Executed on **January 31, 2012**, at Los Angeles, California.

14

15

16     Britani N. Selzler
(Type or print name)                  (Signature)

17

18

19

20

21

22

23

24

25

26

27

28

# SERVICE LIST

| | |
|---|---|
| Matthew W. Close<br>**O'MELVENY AND MYERS**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899 | *Attorneys for Defendants*<br>**Defendants Bank of America Corporation, Bank of America, N.A.—as successor by April 27, 2009** *de jure* **merger to Countrywide Bank, F.S.B., and as successor by July 1, 2011** *de jure* **merger to BAC Home Loans Servicing, LP—(named herein as both Bank of America, N.A. and BAC Home Loans Servicing, LP), and NB Holdings Corporation** |
| Jonathan Rosenberg (*pro hac vice*)<br>William Sushon (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, New York 10036<br>Telephone:  212-326-2000<br>Facsimile:  212-326-2061 | Tel:  213-430-6000<br>Fax:  213-430-6407<br>mclose@omm.com<br>jrosenberg@omm.com<br>wsushon@omm.com |
| David Siegel<br>A. Matthew Ashley<br>Allison L. Libeu<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276 | *Attorneys for Defendant*<br>**Angelo Mozilo**<br><br>Tel:  310-277-1010<br>Fax:  310-203-7199<br>dsiegel@irell.com<br>mashley@irell.com<br>alibeu@irell.com |
| Michael D. Torpey<br>Penelope A. Graboys Blair<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br>Michael C. Tu<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**David A. Sambol**<br><br>Tel: 415-773-5700<br>Fax: 415-773-5759<br>mtorpey@orrick.com<br>pgraboysblair@orrick.com<br><br><br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com |
| Christopher G. Caldwell<br>David C. Codell<br>Jeffrey M. Hammer<br>Eric S. Pettit<br>**CALDWELL LESLIE & PROCTOR, PC**<br>1000 Wilshire Blvd Suite 600<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**Stanford L. Kurland**<br><br>Tel : 213-629-9040<br>Fax: 213-629-9022<br>caldwell@caldwell-leslie.com<br>codell@caldwell-leslie.com<br>hammer@caldwell-leslie.com<br>pettit@caldwell-leslie.com |

1

| | |
|---|---|
| 1 | David A. Priebe | *Attorneys for Defendant:* |
| | Shirli Fabbri Weiss | **Eric P. Sieracki** |
| 2 | **DLA PIPER LLP** | |
| | 2000 University Avenue | Tel: 650-833-2000 |
| 3 | East Palo Alto, CA 94303 | Fax: 650-833-2001 |
| | | david.priebe@dlapiper.com |
| 4 | Nicolas Morgan | shirli.weiss@dlapiper.com |
| | **DLA PIPER LLP** | |
| 5 | 1999 Avenue of the Stars, Suite 400 | Tel: 310-595-3000 |
| | Los Angeles, CA 90067-6022 | Fax: 310-595-3300 |
| 6 | | nicolas.morgan@dlapiper.com |
| | Keara Gordon | |
| 7 | Anthony Gill | Tel: 212-335-4500 |
| | **DLA PIPER LLP** | Fax: 212-335-4501 |
| 8 | 1251 Avenue of the Americas | keara.gordon@dlapiper.com |
| | New York, NY 10020-1104 | anthony.gill@dlapiper.com |
| 9 | | |
| 10 | Jennifer M. Sepic | *Attorneys for Defendant:* |
| | **BINGHAM MCCUTCHEN LLP** | **David A. Spector** |
| | 355 South Grand Avenue Suite 4400 | |
| 11 | Los Angeles, CA 90071 | Tel: 213-680-6400 |
| | | Fax: 213-680-6499 |
| 12 | | jennifer.sepic@bingham.com |
| 13 | Leiv H. Blad , Jr | Tel: 202-373-6564 |
| | Zarema Arutyunova | Fax: 202-373-6001 |
| 14 | **BINGHAM MCCUTCHEN LLP** | leiv.blad@bingham.com |
| | 2020 K Street NW | zarema.arutyunova @bingham.com |
| 15 | Washington, DC 20006-1806 | |
| 16 | Joshua G. Hamilton | *Attorneys for Defendants:* |
| | Peter Young Hoon Cho | **Ranjit Kripalani,** |
| 17 | William F. Sullivan | **Jennifer S. Sandefur,** |
| | **PAUL HASTINGS JANOFSKY AND** | |
| 18 | **WALKER LLP** | Tel: 213-683-6 |
| | 515 South Flower Street 25th Fl | Fax: 213-627-0 |
| 19 | Los Angeles, CA 90071-2228 | joshuahamilton@paulhastings. |
| | | petercho@paulhastings. |
| 20 | | williamsullivan@paulhastings.com |
| 21 | Anne L. Box | *Attorneys for Plaintiff* |
| | **SCOTT & SCOTT LLP** | **Putnam Bank** |
| 22 | 6424 Santa Monica Boulevard | |
| | Los Angeles, CA 90038 | |
| 23 | | |
| 24 | David R. Scott | |
| | Amanda F. Lawrence | Tel:  213-985-1274 |
| 25 | **SCOTT & SCOTT LLP** | Fax:  213-985-1278 |
| | 156 South Main Street | abox@scott-scott.com |
| 26 | Colchester, CT 06415 | drscott@scott-scott.com |
| | Telephone:  860-537-5537 | alawrence@scott-scott.com |
| 27 | | |
| 28 | | |

2

| | |
|---|---|
| Brian R. Kopelowitz, Esq.<br>Jason H. Alperstein, Esq.<br>**KOPELOWITZ OSTROW**<br>Ferguson Weiselberg Keechl<br>200 S.W. First Avenue, 12th Floor<br>Fort Lauderdale, FL 33301 | *Attorneys for Plaintiffs*<br>Bankers Insurance Company, Bankers Life Insurance Company, First Community Insurance Company, Bankers Specialty Insurance Company, and Sterling Federal Bank, F.S.B.<br><br>*kopelowitz@kolawyers.com*<br>*alperstein@kolawyers.com*<br>Tel: 954-525-4100<br>Fax: 954-525-4300 |
| Gerald H. Silk<br>David L. Wales<br>Jai K. Chandrasekhar<br>Lauren A. McMillen<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br><br><br><br><br><br><br><br><br><br>Blair Nicholas<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | *Attorneys for Plaintiff*<br>Sealink Funding, Ltd.<br><br>*jerry@blbglaw.com*<br>*dwales@blbglaw.com*<br>*jai@blbglaw.com*<br>*lauren@blbgl.w.com*<br>*blairn@blbglaw.com*<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323 |
| Brian C. Lysaght<br>**LYSAGHT LAW GROUP**<br>12021 Wilshire Boulevard<br>Los Angeles, California 90025 | *Attorneys for Plaintiffs*<br>Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, Fort Washington Investment Advisors, Inc. *on behalf of* Fort Washington Active Fixed Income, LLC, and National Integrity Life Insurance Company |

3

| 1 | David H. Wollmuth<br>Vincent T. Chang<br>Steven S. Fitzgerald<br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>500 Fifth Avenue, 12th Floor<br>New York, NY 10036 | *lysaghtlaw@hotmail.com*<br>*dwollmuth@wmd-law.com*<br>*vchang@wmd-law.com*<br>*sfitzgerald@wmd-law.com*<br>Tel: (310) 567-1111<br>Fax: (310) 472-0243 |
|---|---|---|
| 5 | William B. Federman<br>Stuart W. Emmons<br>Jennifer F. Sherrill<br>**FEDERMAN & SHERWOOD**<br>10205 North Pennsylvania Ave.<br>Oklahoma City, OK 73120 | *Attorneys for Plaintiff*<br>American Fidelity Assurance Company<br><br>wbf@federmanlaw.com<br>swe@federmanlaw.com<br>jfs@federmanlaw.com<br>Tel.: 405-235-1560<br>Fax: 405-239-2112 |

2
3
4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4