Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (State Bar No. 222240)
bdevine@goodwinprocter.com
Daniel P. Roeser (*pro hac pending*)
droeser@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone:   617-570-1000
Facsimile:   617-523-1231

Lloyd Winawer (State Bar No. 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Telephone:   213-426-2500
Facsimile:   213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; Countrywide Capital Markets, LLC; Countrywide Securities Corporation; CWALT, Inc.; CWABS, Inc., CWHEQ, Inc., CWMBS, Inc., and N. Joshua Adler

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES** | Case No. 11-ML-02265-MRP( MANx)<br><br>**[PROPOSED] ORDER REGARDING STIPULATION EXTENDING PAGE LIMIT FOR COUNTRYWIDE DEFENDANTS' OMNIBUS REPLY MEMORANDUM IN SUPPORT OF COORDINATED MOTIONS TO DISMISS**<br><br>Courtroom: 12<br>Judge:   Hon. Mariana R. Pfaelzer |

LIBA/2259016.1

| | |
|---|---|
| BANKERS INSURANCE COMPANY, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 11-CV-07152-MRP (MANx) |
| STERLING FEDERAL BANK, F.S.B.,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 11-CV-07163-MRP (MANx) |
| WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 11-CV-07166-MRP (MANx) |
| AMERICAN FIDELITY ASSURANCE COMPANY<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 11-CV-07167-MRP (MANx) |

LIBA/2259016.1

| | |
|---|---|
| SEALINK FUNDING LIMITED,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>        Defendants. | Case No. 11-CV-08896-MRP (MANx) |
| NATIONAL INTEGRITY LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>       Defendants. | Case No. 11-CV-09889-MRP (MANx) |

LIBA/2259016.1

Based upon the parties Stipulation dated January 31, 2012, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:  The Countrywide Defendants shall file an omnibus memorandum of points and authorities in support of their motions to dismiss not to exceed 60 pages in length.  The page limits for all other Defendants' reply briefs in support of their motions to dismiss will remain as allowed under Local Rule 11-6.

SO ORDERED.


Dated: _____, 2012

_____
Mariana R. Pfaelzer
UNITED STATES DISTRICT JUDGE

LIBA/2259016.1