Brian E. Pastuszenski (*pro hac vice*)
*bpastuszenski@goodwinprocter.com*
Inez H. Friedman-Boyce (*pro hac vice*)
*ifriedmanboyce@goodwinprocter.com*
Brian C. Devine (State Bar No. 222240)
*bdevine@goodwinprocter.com*
Daniel P. Roeser (*pro hac pending*)
*droeser@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

Lloyd Winawer (State Bar No. 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Telephone: 213-426-2500
Facsimile: 213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation; Countrywide
Home Loans, Inc.; Countrywide Home Loans Servicing
LP; Countrywide Capital Markets, LLC; Countrywide
Securities Corporation; CWALT, Inc.; CWABS, Inc.,
CWHEQ, Inc., CWMBS, Inc., and N. Joshua Adler

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES** | Case No. 11-ML-02265-MRP( MANx)<br><br>~~**[PROPOSED]**~~ **ORDER REGARDING STIPULATION EXTENDING PAGE LIMIT FOR COUNTRYWIDE DEFENDANTS' OMNIBUS REPLY MEMORANDUM IN SUPPORT OF COORDINATED MOTIONS TO DISMISS**<br><br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

BANKERS INSURANCE COMPANY, *et al.*,

        Plaintiffs,

        v.

COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,

        Defendants.

Case No. 11-CV-07152-MRP (MANx)

STERLING FEDERAL BANK, F.S.B.,

        Plaintiff,

        v.

COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,

        Defendants.

Case No. 11-CV-07163-MRP (MANx)

WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, *et al.*,

        Plaintiffs,

        v.

COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,

        Defendants.

Case No. 11-CV-07166-MRP (MANx)

AMERICAN FIDELITY ASSURANCE COMPANY

        Plaintiff,

        v.

COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,

        Defendants.

Case No. 11-CV-07167-MRP (MANx)

LIBA/2259016.1

| | |
|---|---|
| SEALINK FUNDING LIMITED,<br><br>                    Plaintiff,<br><br>          v.<br><br>COUNTRYWIDE FINANCIAL<br>CORPORATION, et al.,<br><br>                              Defendants. | Case No.  11-CV-08896-MRP<br>(MANx) |
| NATIONAL INTEGRITY LIFE<br>INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>COUNTRYWIDE FINANCIAL<br>CORPORATION, et al.,<br><br>                              Defendants. | Case No.  11-CV-09889-MRP<br>(MANx) |

LIBA/2259016.1

1    Based upon the parties Stipulation dated January 31, 2012, and good cause

2   appearing therefore,

3    IT IS HEREBY ORDERED AS FOLLOWS:  The Countrywide Defendants

4   shall file an omnibus memorandum of points and authorities in support of their

5   motions to dismiss not to exceed 60 pages in length.  The page limits for all other

6   Defendants' reply briefs in support of their motions to dismiss will remain as

7   allowed under Local Rule 11-6.

8    SO ORDERED.

9

10   Dated:  February 1, 2012

11

12   _____
     Mariana R. Pfaelzer
13   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28