1  Brian E. Pastuszenski (*pro hac vice*)
   bpastuszenski@goodwinprocter.com
2  Inez Friedman-Boyce (*pro hac vice*)
   ifriedmanboyce@goodwinprocter.com
3  Brian C. Devine (SBN 222240)
   bdevine@goodwinprocter.com
4  **GOODWIN PROCTER LLP**
   Exchange Place
5  Boston, MA 02109-2802
   Tel.:  617-570-1000
6  Fax:  617-570-1231

7  Lloyd Winawer (SBN 157823)
   lwinawer@goodwinprocter.com
8  **GOODWIN PROCTER LLP**
   601 South Figueroa Street, 41st Floor
9  Los Angeles, California 90017
   Tel.:  213-426-2500
10 Fax:  213-623-1673

11 *Attorneys for Defendants*
   Countrywide Financial Corporation,
12 Countrywide Home Loans, Inc., CWALT,
   Inc., CWABS, Inc., CWHEQ, Inc., and
13 Countrywide Securities Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| SEALINK FUNDING LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No.  11-CV-08896-MRP (MANx)<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**<br><br>Courtroom:    12<br><br>**Judge:       Hon. Mariana R. Pfaelzer** |

STIPULATION RE: BRIEFING SCHEDULE (CASE NO. 11-CV-08896-MRP)

1

WHEREAS, on September 29, 2011, Plaintiff Sealink Funding Limited ("Sealink") filed the original complaint in this case;

WHEREAS, on December 7, 2011, pursuant to the Court's November 14, 2011 Order Regarding Scheduling, the Countrywide Defendants and Angelo Mozilo, David A. Sambol, Bank of America Corporation, BAC Home Loans Servicing, L.P., and NB Holdings Corporation (collectively, the "Defendants") filed motions to dismiss and supporting memoranda addressing threshold arguments for dismissal based on standing, jurisdiction, venue, and/or the applicable statutes of limitations and repose;

WHEREAS, on March 9, 2012, the Court dismissed without prejudice the original complaint for lack of standing;

WHEREAS, on March 29, 2012, Sealink filed an Amended Complaint; and

WHEREAS, Sealink and the Defendants have conferred regarding a proposed schedule for briefing Defendants' respective motions to dismiss the Amended Complaint.

NOW THEREFORE, Sealink and the Defendants hereby stipulate as follows, subject to the approval of the Court, regarding the briefing schedule for Defendants' respective motions to dismiss the Amended Complaint:

1. Defendants will file their respective motions to dismiss the Amended Complaint based on standing, jurisdiction, venue, and/or the applicable statutes of limitations and repose, along with supporting memoranda, on April 30, 2012;

2. Sealink will file any opposition(s) to Defendants' motions to dismiss the Amended Complaint on May 30, 2012;

3. Defendants will file any reply briefs in support of their respective motions to dismiss the Amended Complaint on June 20, 2012;

STIPULATION RE: BRIEFING SCHEDULE (CASE NO. 11-CV-08896-MRP)

4. The Court shall hear argument on Defendants' motions to dismiss the Amended Complaint fourteen days after the briefing is completed, at 11 a.m., or at any other date and time convenient to the Court;

5. If any of Sealink's claims remain following this Court's decision on Defendants' motions to dismiss the Amended Complaint based on standing, jurisdiction, venue, and/or the applicable statutes of limitations and repose, Sealink and Defendants will meet and confer regarding a briefing schedule for Defendants' motions to dismiss based on all other grounds; and

6. Defendants' motions to dismiss shall be considered a single motion under Federal Rule of Civil Procedure 12, such that by filing initial briefing based on standing, jurisdiction, venue, and/or the applicable statutes of limitations and repose, Defendants do not waive, but expressly preserve, any and all other arguments and defenses.

IT IS SO STIPULATED.

Dated: April 6, 2012

Defendants Countrywide Financial Corp., Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWHEQ, Inc., and Countrywide Securities Corp.

By their attorneys,

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski (*pro hac vice*)
Lloyd Winawer (State Bar No. 157823)
Inez H. Friedman-Boyce (*pro hac vice*)
Brian C. Devine (State Bar No. 222240)

STIPULATION RE: BRIEFING SCHEDULE (CASE NO. 11-CV-08896-MRP)

| | | |
|---|---|---|
| Dated: April 6, 2012 | | Defendants Bank of America Corp., NB Holdings Corporation, and BAC Home Loans Servicing, L.P. |
| | | By their attorneys, |
| | | /s/ Matthew Close_____<br>Matthew Close (SBN 188570)<br>*mclose@omm.com*<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: 213-430-6000<br>Facsimile: 213-430-6407 |
| | | Jonathan Rosenberg<br>*jrosenberg@omm.com*<br>William Sushon<br>*wsushon@omm.com*<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-326-2000<br>Facsimile: 212-326-2061 |
| Dated: April 6, 2012 | | Defendant Angelo Mozilo |
| | | By his attorney, |
| | | /s/ David Siegel_____<br>David Siegel (SBN 101355)<br>*dsiegel@irell.com*<br>A. Matthew Ashley (SBN 198235)<br>*mashley@irell.com*<br>Allison L. Libeu (SBN 244487)<br>*alibeu@irell.com*<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Telephone: 310-277-1010<br>Facsimile: 310-203-7199 |

STIPULATION RE: BRIEFING SCHEDULE (CASE NO. 11-CV-08896-MRP)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  April 6, 2012 | Defendant David Sambol |
| 3 | | By his attorneys, |
| 4 | | /s/ Michael C. Tu |
| 5 | | Michael C. Tu (State Bar No. 186793)<br>*mtu@orrick.com*<br>ORRICK, HERRINGTON |
| 6 | |   & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200 |
| 7 | | Los Angeles, California  90017<br>Telephone:  213-629-2020 |
| 8 | | Facsimile:  213-612-2499 |
| 9 | | |
| 10 | | Michael Torpey (State Bar No. 79424)<br>*mtorpey@orrick.com* |
| 11 | | Penelope Graboys Blair (State Bar No. 214742) |
| 12 | | *pgraboysblair@orrick.com*<br>ORRICK, HERRINGTON<br>  & SUTCLIFFE LLP |
| 13 | | The Orrick Building<br>405 Howard Street |
| 14 | | San Francisco, CA  94105<br>Telephone:  415-773-5700 |
| 15 | | Facsimile:  415-773-5759 |
| 16 | | |
| 17 | Dated:  April 6, 2012 | Sealink Funding Limited |
| 18 | | By its attorneys, |
| 19 | | /s/ Timothy A. DeLange |
| 20 | | Timothy A. DeLange<br>*timothyd@blbglaw.com* |
| 21 | | BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP |
| 22 | | 12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 |
| 23 | | Tel: (858) 793-0070<br>Fax: (858) 793-0323 |
| 24 | | Chad Johnson |
| 25 | | *chad@blbglaw.com*<br>Jai K. Chandrasekhar |
| 26 | | *jai@blbglaw.com*<br>BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP |
| 27 | | |
| 28 | STIPULATION RE: BRIEFING SCHEDULE (CASE NO. 11-CV-08896-MRP) | |

1 | 1285 Avenue of the Americas, 38th Floor
2 | New York, NY 10019
    Tel: 212-554-1400
3 | Fax: 212- 554-1444
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 | STIPULATION RE: BRIEFING SCHEDULE (CASE NO. 11-CV-08896-MRP)

# **PROOF OF SERVICE**

I, Katharine Westfall, declare:

I am employed in Washington, DC. I am over the age of 18 and not a party to the within action. My business address is 901 New York Avenue, N.W., Washington, DC 20001.

On **April 6, 2012**, I served the following document on the persons listed on the service list as follows:

**STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

☐   (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐   (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐   (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐   (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

STIPULATION RE: BRIEFING SCHEDULE (CASE NO. 11-CV-08896-MRP)

1

1  ☐   (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **April 6, 2012**, at Washington, DC.

   Katharine Westfall                                      [signature]
   (Type or print name)                                    (Signature)

STIPULATION RE: BRIEFING SCHEDULE (CASE NO. 11-CV-08896-MRP)

2

## SERVICE LIST

| | |
|---|---|
| Matthew W. Close<br>**O'MELVENY AND MYERS**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br><br>Jonathan Rosenberg (*pro hac vice*)<br>William Sushon (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-728-5693<br>Facsimile: 212-326-2061 | *Attorneys for Defendants*<br>**Bank of America Corp., BAC Home Loans Servicing, LP, and NB Holdings Corporation**<br><br>Tel: 213-430-6000<br>Fax: 213-430-6407<br>mclose@omm.com<br>jrosenberg@omm.com<br>wsushon@omm.com |
| David Siegel<br>A. Matthew Ashley<br>Allison L. Libeu<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276 | *Attorneys for Defendant*<br>**Angelo Mozilo**<br><br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>dsiegel@irell.com<br>mashley@irell.com<br>alibeu@irell.com |
| Michael D. Torpey<br>Penelope A. Graboys Blair<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br>Michael C. Tu<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**David A. Sambol**<br><br>Tel: 415-773-5700<br>Fax: 415-773-5759<br>mtorpey@orrick.com<br>pgraboysblair@orrick.com<br><br><br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com |
| Chad Johnson<br>Jai K. Chandrasekhar<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br><br>Timothy A. DeLange<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | *Attorneys for Plaintiff*<br>**Sealink Funding Limited**<br>*chad@blbglaw.com*<br>*jai@blbglaw.com*<br>Tel.: (212) 554-1400<br>Fax: (212) 554-1444<br><br><br>*timothyd@blbglaw.com*<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323 |

STIPULATION RE: BRIEFING SCHEDULE (CASE NO. 11-CV-08896-MRP)

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: BRIEFING SCHEDULE (CASE NO. 11-CV-08896-MRP)

4