1  Brian E. Pastuszenski (*pro hac vice*)
   bpastuszenski@goodwinprocter.com
2  Inez Friedman-Boyce (*pro hac vice*)
   ifriedmanboyce@goodwinprocter.com
3  Brian C. Devine (SBN 222240)
   bdevine@goodwinprocter.com
4  **GOODWIN PROCTER LLP**
   Exchange Place
5  Boston, MA 02109-2802
   Tel.:  617-570-1000
6  Fax:  617-570-1231

7  Lloyd Winawer (SBN 157823)
   lwinawer@goodwinprocter.com
8  **GOODWIN PROCTER LLP**
   601 South Figueroa Street, 41st Floor
9  Los Angeles, California 90017
   Tel.:  213-426-2500
10 Fax:  213-623-1673

11 *Attorneys for Defendants*
   Countrywide Financial Corporation,
12 Countrywide Home Loans, Inc., CWALT,
   Inc., CWABS, Inc., CWHEQ, Inc., and
13 Countrywide Securities Corporation

14          **UNITED STATES DISTRICT COURT**

15          **CENTRAL DISTRICT OF CALIFORNIA**

16 In re COUNTRYWIDE FINANCIAL        Case No. 11-ML-02265-MRP (MANx)
   CORP. MORTGAGE-BACKED
17 SECURITIES LITIGATION

18 SEALINK FUNDING LIMITED,
                                      Case No.  11-CV-08896-MRP (MANx)
19          Plaintiff,

20      v.                            **[PROPOSED] ORDER
                                      GRANTING STIPULATION
21 COUNTRYWIDE FINANCIAL             REGARDING BRIEFING
   CORPORATION, *et al.*,            SCHEDULE FOR DEFENDANTS'
22                                    MOTIONS TO DISMISS THE
                                      AMENDED COMPLAINT**
23          Defendants.

24                                    Courtroom:    12

25
                                      **Judge:        Hon. Mariana R. Pfaelzer**
26

27                  [PROPOSED] ORDER
                    (Case No. 11-CV-08896-MRP)
28
                            1

1    Based upon the parties' Stipulation dated April 6, 2012, and good cause

2  appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

3    1.    Defendants will file their respective motions to dismiss the Amended

4  Complaint based on standing, jurisdiction, venue, and/or the applicable statutes of

5  limitations and repose, along with supporting memoranda, on April 30, 2012;

6    2.    Sealink will file any opposition(s) to Defendants' motions to dismiss

7  the Amended Complaint on May 30, 2012;

8    3.    Defendants will file any reply briefs in support of their respective

9  motions to dismiss the Amended Complaint on June 20, 2012;

10    4.    The Court shall hear argument on Defendants' motions to dismiss the

11  Amended Complaint fourteen days after the briefing is completed, at 11 a.m., or at

12  any other date and time convenient to the Court;

13    5.    If any of Sealink's claims remain following this Court's decision on

14  Defendants' motions to dismiss the Amended Complaint based on standing,

15  jurisdiction, venue, and/or the applicable statutes of limitations and repose, Sealink

16  and Defendants will meet and confer regarding a briefing schedule for Defendants'

17  motions to dismiss based on all other grounds; and

18    6.    Defendants' motions to dismiss shall be considered a single motion

19  under Federal Rule of Civil Procedure 12, such that by filing initial briefing based

20  on standing, jurisdiction, venue, and/or the applicable statutes of limitations and

21  repose, Defendants do not waive, but expressly preserve, any and all other

22  arguments and defenses.

23    IT IS SO ORDERED.

24  Dated:  April __, 2012

25  _____
Mariana R. Pfaelzer
26  **UNITED STATES DISTRICT JUDGE**

27        [PROPOSED] ORDER
28        (Case No. 11-CV-08896-MRP)

2