IRELL & MANELLA LLP
David Siegel (101355)
dsiegel@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Allison L. Libeu (244487)
alibeu@irell.com
Mytili Bala (277396)
mbala@irell.com
Priyanka Rajagopalan (278504)
prajagopalan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendant
Angelo Mozilo

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 11-ML-02265-MRP (MANx) |
| SEALINK FUNDING LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-08896-MRP (MANx)<br><br>**NOTICE OF APPEARANCE OF PRIYANKA RAJAGOPALAN**<br><br>Assigned to Hon. Mariana R. Pfaelzer<br>Courtroom 12 |

**TO THE CLERK OF THIS COURT AND ALL COUNSEL OF RECORD:**

PLEASE ENTER THE APPEARANCE of Priyanka Rajagopalan of the firm of Irell & Manella LLP as counsel of record for and on behalf of Defendant Angelo Mozilo in the above-entitled matter.  Please forward copies of all pleadings and notices pertaining to the above-entitled matter to counsel at the following address:

> Priyanka Rajagopalan
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, California 90067
> Telephone: (310) 277-1010
> Facsimile: (310) 203-7199
> E-mail: prajagopalan@irell.com

Priyanka Rajagopalan is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Central District of California.

Dated:  April 10, 2012                         Respectfully submitted,

                                               IRELL & MANELLA LLP


                                               By: _____
                                                   Priyanka Rajagopalan
                                                   Attorney for Defendant
                                                   Angelo Mozilo