| | |
|---|---|
| 1 | Brian E. Pastuszenski (*pro hac vice*)<br>bpastuszenski@goodwinprocter.com |
| 2 | Inez Friedman-Boyce (*pro hac vice*)<br>ifriedmanboyce@goodwinprocter.com |
| 3 | Brian C. Devine (SBN 222240)<br>*bdevine@goodwinprocter.com* |
| 4 | **GOODWIN PROCTER LLP** |
| 5 | Exchange Place<br>Boston, MA 02109-2802 |
| 6 | Tel.: 617-570-1000<br>Fax: 617-570-1231 |

NOTE: CHANGES MADE BY THE COURT

7  Lloyd Winawer (SBN 157823)
   lwinawer@goodwinprocter.com
8  **GOODWIN PROCTER LLP**
   601 South Figueroa Street, 41st Floor
9  Los Angeles, California 90017
   Tel.: 213-426-2500
10 Fax: 213-623-1673

11 *Attorneys for Defendants*
   Countrywide Financial Corporation,
12 Countrywide Home Loans, Inc., CWALT,
   Inc., CWABS, Inc., CWHEQ, Inc., and
13 Countrywide Securities Corporation

14              **UNITED STATES DISTRICT COURT**

15              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16 In re COUNTRYWIDE FINANCIAL<br>CORP. MORTGAGE-BACKED<br>17 SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| 18 SEALINK FUNDING LIMITED, | Case No. 11-CV-08896-MRP (MANx) |
| 19          Plaintiff, | |
| 20     v. | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT** |
| 21 COUNTRYWIDE FINANCIAL<br>CORPORATION, *et al.*, | |
| 22 | |
| 23          Defendants. | |
| 24 | Courtroom:   12 |
| 25 | |
| 26 | **Judge:     Hon. Mariana R. Pfaelzer** |
| 27 | [PROPOSED] ORDER |
| 28 | (Case No. 11-CV-08896-MRP) |

1  Based upon the parties' Stipulation dated April 6, 2012, and good cause
2  appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:
3  1. Defendants will file their respective motions to dismiss the Amended
4  Complaint based on standing, jurisdiction, venue, and/or the applicable statutes of
5  limitations and repose, along with supporting memoranda, on April 30, 2012;
6  2. Sealink will file any opposition(s) to Defendants' motions to dismiss
7  the Amended Complaint on ~~May 30, 2012~~ *__May 21, 2012__*;
8  3. Defendants will file any reply briefs in support of their respective
9  motions to dismiss the Amended Complaint on ~~June 20, 2012~~ *__June 4, 2012;__*
10 4. The Court shall hear argument on Defendants' motions to dismiss the
11 Amended Complaint fourteen days after the briefing is completed, *__June 11, 2012__* at
12 11 a.m., or at any other date and time convenient to the Court;
13 5. If any of Sealink's claims remain following this Court's decision on
14 Defendants' motions to dismiss the Amended Complaint based on standing,
15 jurisdiction, venue, and/or the applicable statutes of limitations and repose, Sealink
16 and Defendants will meet and confer regarding a briefing schedule for Defendants'
17 motions to dismiss based on all other grounds; and
18 6. Defendants' motions to dismiss shall be considered a single motion
19 under Federal Rule of Civil Procedure 12, such that by filing initial briefing based
20 on standing, jurisdiction, venue, and/or the applicable statutes of limitations and
21 repose, Defendants do not waive, but expressly preserve, any and all other
22 arguments and defenses.

IT IS SO ORDERED.   **NOTE: CHANGES MADE BY THE COURT**

Dated: April 18, 2012

*Mariana R. Pfaelzer*
_____
Mariana R. Pfaelzer
**UNITED STATES DISTRICT JUDGE**

NOTE: CHANGES MADE BY THE COURT

[PROPOSED] ORDER
(Case No. 11-CV-08896-MRP)

2