Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (SBN 222240)
bdevine@goodwinprocter.com
Adam Slutsky (*pro hac vice*)
aslutsky@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.: 617-570-1000
Fax: 617-570-1231

Lloyd Winawer (SBN 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: 213-426-2500
Fax: 213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation,
Countrywide Home Loans, Inc., Countrywide
Securities Corporation, CWALT, Inc.,
CWABS, Inc., and CWHEQ, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**COUNTRYWIDE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SEALINK'S AMENDED COMPLAINT**<br><br>Date/Time: June 11, 2012, 11:00 a.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |
| SEALINK FUNDING LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | Case No. 11-CV-08896-MRP (MANx) |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on June 11, 2012, at 11:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Mariana R. Pfaelzer, United States District Judge, located at 312 North Spring Street, Los Angeles, California 90012, defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc., and CWHEQ, Inc., (collectively, the "Countrywide Defendants") will and hereby do move, under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an order dismissing with prejudice the Amended Complaint filed by Plaintiff Sealink Funding Limited in the above-captioned matter.

This motion is based on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Countrywide Defendants' Motion to Dismiss Sealink's Amended Complaint, all other papers, pleadings, documents, arguments of counsel, and materials presented before or during the hearing on this motion, and any other evidence and argument the Court may consider.

Under Local Rule 7-3, counsel for the Countrywide Defendants conferred with counsel for Plaintiff regarding this Motion on April 25, 2012.  The parties were unable to reach agreement.

Dated:  April 30, 2012	Respectfully submitted,

GOODWIN PROCTER LLP

By: /s/ Brian E. Pastuszenski_____
Brian E. Pastuszenski (*pro hac vice*)
Lloyd Winawer (State Bar No. 157823)
Inez H. Friedman-Boyce (*pro hac vice*)
Brian C. Devine (State Bar Number 222240)
Adam Slutsky (*pro hac vice*)

*Counsel for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc., and CWHEQ, Inc.*