| | |
|---|---|
| 1 | Brian E. Pastuszenski (*pro hac vice*)<br>bpastuszenski@goodwinprocter.com |
| 2 | Inez Friedman-Boyce (*pro hac vice*)<br>ifriedmanboyce@goodwinprocter.com |
| 3 | Brian C. Devine (SBN 222240)<br>bdevine@goodwinprocter.com |
| 4 | Adam Slutsky (*pro hac vice*)<br>aslutsky@goodwinprocter.com |
| 5 | **GOODWIN PROCTER LLP**<br>Exchange Place |
| 6 | Boston, MA 02109-2802<br>Tel.: 617-570-1000 |
| 7 | Fax: 617-570-1231 |
| 8 | Lloyd Winawer (SBN 157823)<br>lwinawer@goodwinprocter.com |
| 9 | **GOODWIN PROCTER LLP**<br>601 South Figueroa Street, 41st Floor |
| 10 | Los Angeles, California 90017<br>Tel.: 213-426-2500 |
| 11 | Fax: 213-623-1673 |
| 12 | *Attorneys for Defendants*<br>Countrywide Financial Corporation, |
| 13 | Countrywide Home Loans, Inc., Countrywide Securities Corporation, CWALT, Inc., |
| 14 | CWABS, Inc., and CWHEQ, Inc. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**[PROPOSED] ORDER GRANTING COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS SEALINK'S AMENDED COMPLAINT**<br><br>Date/Time: June 11, 2012, 11:00 a.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |
| SEALINK FUNDING LIMITED,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>   Defendants. | Case No. 11-CV-08896-MRP (MANx) |

Before the Court is the Countrywide Defendants' Motion to Dismiss Sealink's Amended Complaint. Having considered the Countrywide Defendants' Motion, the Memorandum and supporting papers, the response and replies, all other memoranda and papers on file, and oral argument, the Motion is hereby GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Sealink Funding Limited's Amended Complaint is dismissed in its entirety with prejudice.

SO ORDERED.

Dated: _____, 2012

                                                                              _____
Mariana R. Pfaelzer
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS
SEALINK'S AMENDED COMPLAINT
1