Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (SBN 222240)
bdevine@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.:  617-570-1000
Fax:  617-570-1231

Lloyd Winawer (SBN 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.:  213-426-2500
Fax:  213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation,
Countrywide Home Loans, Inc., CWALT,
Inc., CWABS, Inc., CWHEQ, Inc., and
Countrywide Securities Corporation,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| SEALINK FUNDING LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No.  11-CV-08896-MRP (MANx)<br><br>**PROOF OF SERVICE**<br><br>Courtroom:   12<br>Judge:       Hon. Mariana R. Pfaelzer |

**PROOF OF SERVICE**

I am employed in the County Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 601 S. Figueroa Street, 41st Floor, Los Angeles, CA 90017.

On **April 30, 2012**, I served the following documents on the persons on the attached service list as follows:

**COUNTRYWIDE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISIMISS SEALINK'S AMENDED COMPLAINT; MEMORANDUM IN SUPPORT OF COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS SEALINK'S AMENDED COMPLAINT; [PROPOSED] ORDER GRANTING COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS SEALINK'S AMENDED COMPLAINT.**

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, CA.

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **April 30, 2012**, at Los Angeles, CA.

_____Kemi Oyemade_____          _____(Signature)_____
(Type or print name)

1

## SERVICE LIST

| | |
|---|---|
| Gerald H. Silk<br>David L. Wales<br>Jai K. Chandrasekhar<br>Lauren A. McMillen<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br><br><br><br><br><br><br><br><br><br><br><br>Timothy Alan DeLange<br>Blair Nicholas<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | *Attorneys for Plaintiffs*<br>**Thrivent Financial for Lutherans, Thrivent Life Insurance Company, Thrivent Balanced Fund, Thrivent Core Bond Fund, Thrivent Income Fund, Thrivent Limited Maturity Bondfund, Thrivent Balanced Portfolio, Thrivent Bond Index Portfolio, Thrivent Limited Maturity Bond Portfolio, Thrivent Financial Defined Benefits Plan Trust, Thrivent Financial For Lutherans Foundation, Plaintiffs Dexia Holdings, Inc., FSA Asset Management LLC, Dexia Crédit Local, New York Branch, New York Life Insurance Co., New York Life Insurance and Annuity Corp., The MainStay Funds, MainStay VP Series Fund, Inc., Teachers Insurance and Annuity Association of America, TIAA-CREF Life Insurance Co., TIAA Global Markets, Inc., College Retirement Equities Fund, and the TIAA-CREF Funds**<br><br>*jerry@blbglaw.com*<br>*dwales@blbglaw.com*<br>*jai@blbglaw.com*<br>*lauren@blbgl.w.com*<br>*blairn@blbglaw.com*<br>*timothyd@blbglaw.com*<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323 |
| Matthew W. Close<br>**O'MELVENY AND MYERS**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br><br>Jonathan Rosenberg (*pro hac vice*)<br>William Sushon (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-728-5693 | *Attorneys for Defendants*<br>**Bank of America Corp., BAC Home Loans Servicing, LP, and NB Holdings Corporation**<br><br><br><br><br><br>Tel:  213-430-6000<br>Fax:  213-430-6407<br>mclose@omm.com<br>jrosenberg@omm.com |

| | |
|---|---|
| Facsimile:  212-326-2061 | wsushon@omm.com |
| David Siegel<br>A. Matthew Ashley<br>Allison L. Libeu<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276 | *Attorneys for Defendant*<br>**Angelo Mozilo**<br><br>Tel:  310-277-1010<br>Fax:  310-203-7199<br>dsiegel@irell.com<br>mashley@irell.com<br>alibeu@irell.com |
| Michael D. Torpey<br>Penelope A. Graboys Blair<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br><br>Michael C. Tu<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**David A. Sambol**<br><br>Tel: 415-773-5700<br>Fax: 415-773-5759<br>mtorpey@orrick.com<br>pgraboysblair@orrick.com<br><br><br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com |
| Christopher G. Caldwell<br>David C. Codell<br>Jeffrey M. Hammer<br>Eric S. Pettit<br>**CALDWELL LESLIE & PROCTOR, PC**<br>1000 Wilshire Blvd Suite 600<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**Stanford L. Kurland**<br><br>Tel : 213-629-9040<br>Fax: 213-629-9022<br>caldwell@caldwell-leslie.com<br>codell@caldwell-leslie.com<br>hammer@caldwell-leslie.com<br>pettit@caldwell-leslie.com |

| | |
|---|---|
| David A. Priebe<br>Shirli Fabbri Weiss<br>**DLA PIPER LLP**<br>2000 University Avenue<br>East Palo Alto, CA 94303<br><br>Nicolas Morgan<br>**DLA PIPER LLP**<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067-6022<br><br>Keara Gordon<br>Anthony Gill<br>**DLA PIPER LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | *Attorneys for Defendant:*<br>**Eric P. Sieracki**<br><br>Tel: 650-833-2000<br>Fax: 650-833-2001<br>david.priebe@dlapiper.com<br>shirli.weiss@dlapiper.com<br><br>Tel: 310-595-3000<br>Fax: 310-595-3300<br>nicolas.morgan@dlapiper.com<br><br>Tel: 212-335-4500<br>Fax: 212-335-4501<br>keara.gordon@dlapiper.com<br>anthony.gill@dlapiper.com |
| Jennifer M. Sepic<br>**BINGHAM MCCUTCHEN LLP**<br>355 South Grand Avenue Suite 4400<br>Los Angeles, CA 90071<br><br>Leiv H. Blad, Jr<br>Zarema Arutyunova<br>**BINGHAM MCCUTCHEN LLP**<br>2020 K Street NW<br>Washington, DC 20006-1806 | *Attorneys for Defendant:*<br>**David A. Spector**<br><br>Tel: 213-680-6400<br>Fax: 213-680-6499<br>jennifer.sepic@bingham.com<br><br>Tel: 202-373-6564<br>Fax: 202-373-6001<br>leiv.blad@bingham.com<br>zarema.arutyunova@bingham.com |
| Joshua G. Hamilton<br>Peter Young Hoon Cho<br>William F. Sullivan<br>**PAUL HASTINGS JANOFSKY AND WALKER LLP**<br>515 South Flower Street 25th Fl<br>Los Angeles, CA 90071-2228 | *Attorneys for Defendants:*<br>**Ranjit Kripalani,**<br>**Jennifer S. Sandefur,**<br><br>Tel: 213-683-6000<br>Fax: 213-627-0705<br>joshuahamilton@paulhastings.com<br>petercho@paulhastings.com<br>williamsullivan@paulhastings.com |