IRELL & MANELLA LLP
David Siegel (101355)
dsiegel@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Allison L. Libeu (244487)
alibeu@irell.com
Priyanka Rajagopalan (278504)
prajagopalan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant
Angelo Mozilo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 11-ML-02265-MRP (MANx) <br><br> **DEFENDANTS ANGELO MOZILO AND DAVID SAMBOL'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF SEALINK FUNDING LIMITED'S AMENDED COMPLAINT AND JOINDER IN THE COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** <br><br> Date: June 11, 2012 <br> Time: 11:00 a.m. <br> Judge: Hon. Mariana R. Pfaelzer <br> Ctrm: 12 |
| SEALINK FUNDING LIMITED, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | Case No. 11-CV-08896-MRP (MANx) |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2629699

DEFENDANTS MOZILO & SAMBOL'S MOTION TO
DISMISS PLAINTIFF'S AM. COMPL. AND JOINDER
Case No. 11-CV-08896-MRP (MANx)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on June 11, 2012 at 11:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Mariana R. Pfaelzer, United States District Judge, in Courtroom 12 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California, 90012, Defendants Angelo Mozilo and David Sambol (the "Individual Defendants") will and hereby do move to dismiss Plaintiff Sealink Funding Limited's ("Sealink") Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). This motion is made on the ground that all causes of action alleged against the Individual Defendants in the Amended Complaint fail to state a claim upon which relief can be granted and on the ground that all claims against the Individual Defendants fail for lack of standing.

This Motion and the accompanying Memorandum of Points and Authorities represents the second round of motion to dismiss briefing in this action. Pursuant to the Court's Order dated April 18, 2012, the accompanying Memorandum of Points and Authorities addresses only the threshold issues of standing, jurisdiction, venue, and the applicable statutes of limitations and repose. The Individual Defendants do not waive, but expressly preserve, any and all other arguments and defenses and will brief other grounds for dismissal if any claims against them remain after the Court's disposition of their motion to dismiss based on standing, jurisdiction, and statute of limitations. In accordance with the Court's Orders dated November 14, 2011 and April 18, 2012, the accompanying Memorandum together with the prior briefing and any such subsequent briefing shall be considered one motion under Federal Rule of Civil Procedure 12. The Individual Defendants incorporate by reference their initial round of motion to dismiss briefing as if set forth in full herein.

By this motion, the Individual Defendants also join in the motion to dismiss of the Countrywide Defendants to the extent applicable to the claims against them and request that the Court dismiss the Amended Complaint with prejudice. This

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2629699

- 1 -

DEFENDANTS MOZILO & SAMBOL'S MOTION TO
DISMISS PLAINTIFF'S AM. COMPL. AND JOINDER
Case No. 11-CV-08896-MRP (MANx)

1  motion is made based on this Notice of Motion and Motion, the attached
2  Memorandum of Points and Authorities, the Court's record on file herein, such
3  matters of which the Court may take judicial notice, all papers, pleadings,
4  documents, arguments of counsel, and other materials presented to the Court before
5  or at the time of the hearing on this motion, and any other evidence and argument
6  the Court may consider.

7       This motion is made following the conference of counsel pursuant to L.R. 7-3
8  which took place on April 25, 2012.

10                                                Respectfully submitted,
11  Dated: April 30, 2012            IRELL & MANELLA LLP

13                                            By: *David Siegel* /axx
14                                               David Siegel (101355)
                                               dsiegel@irell.com
15                                               IRELL & MANELLA LLP
                                               1800 Avenue of the Stars, Suite 900
16                                               Los Angeles, California 90067-4276
                                               Tel: (310) 277-1010

17                                               Attorneys for Defendant
18                                               Angelo Mozilo

20  Dated: April 30, 2012            ORRICK, HERRINGTON &
                                             SUTCLIFFE LLP

23                                               By: *Michael C. Tu* /axx
24                                               Michael C. Tu (186793)
                                             mtu@orrick.com
25                                               ORRICK, HERRINGTON &
                                             SUTCLIFFE LLP
26                                               777 South Figueroa Street, Suite 3200
                                             Los Angeles, California 90017
27                                               Tel: (213) 629-2020

28                                               Attorneys for Defendant
                                             David Sambol

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2629699

- 2 -

DEFENDANTS MOZILO & SAMBOL'S MOTION TO
DISMISS PLAINTIFF'S AM. COMPL. AND JOINDER
Case No. 11-CV-08896-MRP (MANx)

## MEMORANDUM OF POINTS AND AUTHORITIES

Messrs. Mozilo and Sambol (herein, the "Individual Defendants") respectfully submit this memorandum joining the motion to dismiss filed by the Countrywide Defendants and in support of their motion to dismiss Plaintiff Sealink Funding Limited's ("Sealink") Amended Complaint.[1]

### I. INTRODUCTION

There are only two claims against the Individual Defendants: aiding and abetting fraud and negligent misrepresentation. Both claims fail for the reasons addressed in the Countrywide Defendants' brief. And the negligent misrepresentation claim fails because it is time-barred as a matter of law. In addition, the issue of Sealink's standing to assert these two tort claims – identified by this Court *sua sponte* during the hearing on the motion to dismiss the original complaint in this action – should be decided (if still necessary after consideration of the motions to dismiss) after Sealink has been ordered to produce documents referred to in the Amended Complaint and in the purported assignment documents Sealink previously submitted to this Court.

### II. THE NEGLIGENT MISREPRESENTATION CLAIM IS UNTIMELY AS A MATTER OF LAW

Sealink has previously conceded that its negligent misrepresentation claim must be timely under New York law. Sealink Opp. to MTD at 11:6-9, Dkt. No. 47. In New York, when a negligent misrepresentation claim is not based on allegations of fraud, the statute of limitations is three years from the date of the alleged misstatement. N.Y. C.P.L.R. 214(4); *Reilly Green Mountain Platform Tennis v. Cortese*, No. 12795/06, 2007 WL 7263362, at *11 (N.Y. Sup. Ct. Nov. 14, 2007) ("In the absence of allegations of fraud or constructive fraud, Plaintiffs may not rely

---

[1] Pursuant to this Court's Order dated April 18, 2012, the briefing on this motion has been bifurcated. Consequently, this initial brief is limited to issues of standing, jurisdiction, venue, and the applicable statutes of limitations and repose.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2629699

- 3 -

DEFENDANTS MOZILO & SAMBOL'S MOTION TO
DISMISS PLAINTIFF'S AM. COMPL. AND JOINDER
Case No. 11-CV-08896-MRP (MANx)

on the fraud statute of limitations in order to circumvent the statute of limitations applicable to a negligence cause of action."); *see also Ambassador Ins. Co. v. Euclid Servs., Inc.*, No. 80 Civ. 1235 (CBM), 1984 WL 341, at *4 n.7 (S.D.N.Y. May 24, 1984) (where negligent misrepresentation is cast in terms of negligence, three-year statute of limitations applies); *Country World, Inc. v. Imperial Frozen Foods Co.*, 589 N.Y.S. 2d 81, 81 (N.Y. App. Div. 1992) (negligent misrepresentation claim time-barred by three-year limitations period); *cf. Stichting Pensioenfonds ABP v. Countrywide Fin. Corp.*, 802 F. Supp. 2d 1125, 1141 n.11 (C.D. Cal. 2011) (a negligent misrepresentation claim not based on scienter is governed by the limitations period for negligence actions).

Here, the negligent misrepresentation claim expressly states that it does not incorporate any of the Amended Complaint's allegations of reckless or intentional conduct. Am. Compl. ¶ 311 ("Plaintiff repeats and realleges each and every allegation set forth in the preceding paragraphs above as if fully set forth herein, ***except any allegations that the Countrywide Defendants made any untrue statements and omissions intentionally or recklessly***.") (emphasis added).[2] Consequently, the operative limitations period is three years, running from the date of the alleged misstatement. Here, all of the alleged misstatements upon which the special purpose vehicles allegedly relied were made in 2007 and earlier. *See* Am. Compl. ¶ 2 (alleging MBS purchases took place between 2005 and 2007). Because

---

[2] The Amended Complaint removes the express disclaimer of fraud included in the original complaint and that was the subject of prior motion to dismiss briefing. *Compare* Compl. ¶ 153 ("For the purposes of this Count, Plaintiff expressly disclaims any claim of fraud or intentional misconduct."), *with* Am. Compl. ¶ 311 (omitting the quoted sentence). However, this removal is of no moment for two reasons. First, the negligent misrepresentation claim in the Amended Complaint continues to expressly not incorporate the intentional or reckless scienter allegations, which in effect is the same thing as a disclaimer of fraud. Am. Compl. ¶ 311. Second, "the court need not ignore the prior allegations in determining the *plausibility* of the current pleadings. Thus, plaintiffs may alter their allegations in an amended complaint, but the court may properly consider the plausibility of the FAC in light of the prior allegations." *Fasugbe v. Willms*, No. CIV. 2:10-2320 WBS KJN, 2011 WL 2119128, at *5 (E.D. Cal. May 26, 2011) (internal citations omitted).

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2629699

- 4 -

DEFENDANTS MOZILO & SAMBOL'S MOTION TO DISMISS PLAINTIFF'S AM. COMPL. AND JOINDER
Case No. 11-CV-08896-MRP (MANx)

the negligent misrepresentation claim was not filed until September 29, 2011, the negligent misrepresentation claim is time-barred on its face.

### III. THE INDIVIDUAL DEFENDANTS RESERVE THE RIGHT TO ADDRESS CERTAIN STANDING ISSUES AT A LATER DATE, IF NECESSARY

At oral argument on the prior motion to dismiss briefing, the Court raised questions as to whether the claims being asserted in this case were in fact assigned to Sealink by various special purpose vehicles. The Individual Defendants join the Countrywide Defendants in reserving argument on those issues at this time. Indeed, the resolution of the standing issue may turn on the actual language used in, and relationship between, the controlling agreements entered into between Sealink and the special purpose vehicles. However, Sealink has only provided some of those documents as exhibits to its prior motion to dismiss briefing (*see* Declaration of Susan Millar ("Millar Decl."), Exs. A-F, Dkt. No. 47-3) and does not provide their full, relevant text in its Amended Complaint.

The Individual Defendants believe the standing issues surrounding the scope or efficacy of assignment will be mooted by the time the motions to dismiss are fully adjudicated.[3] However, in the event all claims are not dismissed on other grounds, then the Individual Defendants will seek production by Sealink of all documents referred to in the six documents Sealink submitted to the Court on January 13, 2012. *See* Millar Decl., Exs. A-F, Dkt. No. 47-3. That focused production will permit the Individual Defendants and the Court to fully evaluate the allegations of assignment in the Amended Complaint.

---

[3] All claims fail for the reasons noted in the Countrywide Defendants' motion, and the negligent misrepresentation claim is untimely as a matter of law. As for the aiding and abetting claim, it fails for the additional reason that it fails to state a claim (which will be demonstrated in the next round of briefing, if necessary).

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2629699

- 5 -

DEFENDANTS MOZILO & SAMBOL'S MOTION TO
DISMISS PLAINTIFF'S AM. COMPL. AND JOINDER
Case No. 11-CV-08896-MRP (MANx)

## IV. CONCLUSION

For all of the foregoing reasons, the Individual Defendants' joint motion to dismiss should be granted with prejudice.

Dated: April 30, 2012

Respectfully submitted,

IRELL & MANELLA LLP

By: *David Siegel* /axx
David Siegel (101355)
dsiegel@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Tel: (310) 277-1010

Attorneys for Defendant
Angelo Mozilo

Dated: April 30, 2012

ORRICK, HERRINGTON &
SUTCLIFFE LLP

By: *Michael C. Tu* /axx
Michael C. Tu (186793)
mtu@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Tel: (213) 629-2020

Attorneys for Defendant
David Sambol

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2629699

- 6 -

DEFENDANTS MOZILO & SAMBOL'S MOTION TO
DISMISS PLAINTIFF'S AM. COMPL. AND JOINDER
Case No. 11-CV-08896-MRP (MANx)