SETH ARONSON (S.B. #100153)
*saronson@omm.com*
MATTHEW W. CLOSE (S.B. #188570)
*mclose@omm.com*
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

JONATHAN ROSENBERG (*pro hac vice application forthcoming*)
*jrosenberg@omm.com*
WILLIAM J. SUSHON (*pro hac vice application forthcoming*)
*wsushon@omm.com*
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

*Attorneys for Defendants Bank of America Corporation, NB Holdings Corporation, and Bank of America, N.A., as successor by July 1, 2011* de jure *merger to BAC Home Loans Servicing, LP (named herein as BAC Home Loans Servicing, LP)*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) **BANK OF AMERICA DEFENDANTS' JOINDER IN COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS SEALINK'S AMENDED COMPLAINT** Date:  June 11, 2012 Time:  11:00 a.m. Courtroom:  12 Judge:  Hon. Mariana R. Pfaelzer |
| SEALINK FUNDING LIMITED, Plaintiff, v. COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, Defendants. | Case No. 11-CV-08896-MRP (MANx) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Bank of America Corporation, NB Holdings Corporation, and Bank of America, N.A., as successor by July 1, 2011 *de jure* merger to BAC Home Loans Servicing, LP (named herein as BAC Home Loans Servicing, LP) (together, the "BofA Defendants"), hereby join in the Countrywide Defendants'[1] Motion to Dismiss Sealink's Amended Complaint and their Memorandum in Support of their Motion to Dismiss Sealink's Amended Complaint ("Memorandum") and adopt the arguments and authorities set forth therein.  As explained in the Memorandum, plaintiff's claims against the Countrywide Defendants should be dismissed for lack of standing, among other reasons.  Accordingly, the secondary-liability claims against the BofA Defendants should be dismissed because plaintiff fails to plead viable primary-liability claims against the Countrywide Defendants.[2]

In accordance with the motion-to-dismiss procedure this Court has implemented in this case and other cases in the Countrywide MDL, the BofA Defendants do not address at this point the Amended Complaint's other deficiencies, including its failure to state a claim that the BofA Defendants are any of the Countrywide Defendants' successors.[3]  The BofA Defendants reserve all rights to

---

[1]   The term "Countrywide Defendants" refers to defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc., and CWHEQ, Inc.

[2]   *See generally Sunnyside Dev. Co. v. Opsys Ltd.*, No. C 05-00553 MHP, 2006 U.S. Dist. LEXIS 95, at *13 (N.D. Cal. Jan. 4, 2006) (observing that successor-liability claims were viable "only . . . to the extent that plaintiff is unable to collect a judgment from [the primary defendant]"); 37 Am. Jur. 2d Fraudulent Conveyances & Transfers § 157 (observing that fraudulent-conveyance laws permit suits only by "creditor[s]" who "have been injured by the conveyance" or transfer of "some property out of which [they have] a specific right to be satisfied").

[3]   *See Allstate Ins. Co., et al. v. Countrywide Fin. Corp.*, 2:11-cv-05236-MRP (MANx), 2012 U.S. Dist. LEXIS 15199 (C.D. Cal. Feb. 2, 2012) (dismissing substantially similar successor-liability allegations against Bank of America Corp., NB Holdings Corp. and BAC Home Loans Servicing, LP); *Allstate Ins. Co., et al. v. Countrywide Fin. Corp.*, 2:11-cv-05236-MRP (MANx), 2011 U.S. Dist. LEXIS 123844 (C.D. Cal. Oct. 24, 2011) (same); *Maine State Ret. Sys. v. Countrywide Fin. Corp.*, 2:10-cv-0302 MRP (MANx), 2011 U.S. Dist. LEXIS 53359 (C.D. Cal. Apr. 20, 2011) (same).

1    assert all grounds for dismissal should the Court determine that any of plaintiff's

2    claims are not barred for the reasons asserted in the Memorandum.

3    Dated:  April 30, 2012                    Respectfully submitted,

4                                              SETH ARONSON
                                              MATTHEW W. CLOSE
5                                              JONATHAN ROSENBERG
                                              WILLIAM J. SUSHON
6                                              O'MELVENY & MYERS LLP

7                                              By:  /s/ Matthew W. Close
8                                                   Matthew W. Close

9                                              *Attorneys for Defendants Bank of America*
                                              *Corporation, NB Holdings Corporation, and*
10                                             *Bank of America, N.A., as successor by July 1,*
                                              *2011* de jure *merger to BAC Home Loans*
11                                             *Servicing, LP (named herein as BAC Home*
                                              *Loans Servicing, LP)*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28