Name and address:
MATTHEW W. CLOSE (S.B. #188570)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SEALINK FUNDING LIMITED,

                                Plaintiff(s)

v.

COUNTRYWIDE FINANCIAL CORPORATION, et al.,

                              Defendant(s).

CASE NUMBER

CV 11-8896 MRP (MANx)

## APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

NOTICE:    Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Jonathan Rosenberg _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: Bank of America Corp., NB Holdings Corp., and Bank of America, N.A., by whom I have been retained.
as successor by July 1, 2011 de jure merger to BAC Home Loans Servicing, LP
(named herein as BAC Home Loans Servicing, LP)

My business information is:

O'Melveny & Myers LLP
_____
*Firm Name*

7 Times Square
_____
*Street Address*

New York, NY 10036
_____
*City, State, Zip*

(212) 326-2000
_____
*Telephone Number*

jrosenberg@omm.com
_____
*E-Mail Address*

(212) 326-2061
_____
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| New York State Bar | 1985 |
| U.S. District Court, Southern District of New York | 1986 |
| U.S. District Court, Eastern District of New York | 1986 |
| [Please see attached continuation page] | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| *Case Number* | *Ttitle of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| CV 10-0302 | Maine State Retirement Fund v. Countrywide Fin. Corp., et al. | 10/14/10 | Granted |
| CV 10-7275 | Stichting Pensioenfonds ABP v. Countrywide Fin. Corp., et al. | 1/25/11 | Granted |
| CV 11-5236 | Allstate Insurance Co. v. Countrywide Fin. Corp, et al. | 9/19/11 | Granted |
| [Please see attached | continuation page] | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:


I designate Matthew W. Close _____ as local counsel, whose business information is as follows:

O'Melveny & Myers LLP
_____
*Firm Name*

400 South Hope Street
_____
*Street Address*

Los Angeles, CA 90071-2899          mclose@omm.com
_____
*City, State, Zip*                              *E-Mail Address*

(213) 430-6000                    (213) 430-6407
_____
*Telephone Number*                     *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated    June 8, 2012 _____        Jonathan Rosenberg
                                        _____
                                        *Applicant's Name (please print)*

                                        _____
                                        *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated    June 8, 2012 _____        Matthew W. Close
                                        _____
                                        *Designee's Name (please print)*

                                        /s/ Matthew W. Close
                                        _____
                                        *Designee's Signature*

                                        188570
                                        _____
                                        *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

**APPLICATION OF NON-RESIDENT ATTORNEY**
**TO APPEAR IN SPECIFIC CASE (FORM G-64)**

**CONTINUATION PAGE 1**

**(Jonathan Rosenberg)**

I am a member in good standing and eligible to practice before the following courts (continued):

| *Title of Court* | *Date of Admission* |
| --- | --- |
| U.S. District Court, District of Colorado | 2001 |
| U.S. Court of Appeals, Second Circuit | 1990 |
| U.S. Court of Appeals, Eleventh Circuit | 2010 |
| U.S. Supreme Court | 2007 |

**APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN SPECIFIC CASE (FORM G-64)**

**CONTINUATION PAGE 2**

**(Jonathan Rosenberg)**

I have concurrently, and within (3) years of this application, made Pro Hac Vice
applications to this Court in the following actions (continued).

| *Case Number* | *Title of Action* | *Date of Application* | *Granted or Denied* |
|---|---|---|---|
| CV 11-4698 | National Integrity Ins. Co. v. Countrywide Fin. Corp., et al. | 12/21/11 | Granted |
| CV 11-7167 | American Fidelity Assurance Co. v. Countrywide Fin. Corp., et al. | 12/21/11 | Granted |
| CV 11-4698 | Putnam Bank v. Countrywide Fin. Corp., et al. | 12/21/11 | Granted |
| CV 11-7152 | Bankers Ins. Co., et al. v. Countrywide Fin. Corp., et al. | 12/21/11 | Granted |
| CV 11-10414 | Massachusetts Mutual Life Ins. Co. v. Countrywide Fin. Corp., et al. | 03/15/12 | Granted |
| CV 12-3279 | Federal Deposit Insurance Corp., as receiver for Franklin Bank, S.S.B. v. Countrywide Securities Corp., et al. | 06/06/12 | Pending |
| CV 11-9516 | Valley Bank (Florida), et al. v. Countrywide Fin. Corp., et al. | Concurrently | Pending |
| CV 11-10400 | Federal Deposit Insurance Corp., as receiver for United Western Bank, F.S.B. v. Countrywide Fin. Corp., et al. | Concurrently | Pending |
| CV 12-4353 | Landesbank Baden-Württemberg, et al. v. Countrywide Fin. Corp., et al. | Concurrently | Pending |



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, **Aprilanne Agostino,**      Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that      **Jonathan Rosenberg**      was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the  **12 th**   day of      **June 1985,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on  June 06, 2012.

*Aprilanne Agostino*

Clerk of the Court