Name and address:
MATTHEW W. CLOSE (S.B. #188570)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEALINK FUNDING LIMITED,<br><br>Plaintiff(s)<br>v.<br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 11-8896 MRP (MANx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, William J. Sushon _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: Bank of America Corp., NB Holdings Corp., and Bank of America, N.A., as successor by July 1, 2011 de jure merger to BAC Home Loans Servicing, LP by whom I have been retained.
(named herein as BAC Home Loans Servicing, LP)

My business information is:
O'Melveny & Myers LLP
*Firm Name*

7 Times Square
*Street Address*

New York, NY 10036          wsushon@omm.com
*City, State, Zip*           *E-Mail Address*

(212) 326-2000              (212) 326-2061
*Telephone Number*           *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| New York State Bar | 1996 |
| U.S. District Court, Southern District of New York | 1997 |
| U.S. District Court, Eastern District of New York | 1997 |
| [Please see attached continuation page] | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| CV 10-7275 | Stichting Pensioenfonds ABP v. Countrywide Fin. Corp., et al. | 1/28/11 | Granted |
| CV 11-5236 | Allstate Insurance Co. v. Countrywide Fin. Corp, et al. | 9/15/11 | Granted |
| CV 11-7165 | Dexia Holdings Inc., et al. v. Countrywide Fin. Corp., et al. | 9/26/11 | Granted |
| [Please see attached | continuation page] | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Matthew W. Close  as local counsel, whose business information is as follows:

O'Melveny & Myers LLP
*Firm Name*

400 South Hope Street
*Street Address*

Los Angeles, CA 90071-2899
*City, State, Zip*

mclose@omm.com
*E-Mail Address*

(213) 430-6000
*Telephone Number*

(213) 430-6407
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  15 June 2012

William J. Sushon
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  18 June 2012

Matthew W. Close
*Designee's Name (please print)*

/s/ Matthew W. Close
*Designee's Signature*

188570
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

# APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN SPECIFIC CASE (FORM G-64)

## CONTINUATION PAGE 1

### (William Sushon)

I am a member in good standing and eligible to practice before the following courts (continued):

| Title of Court | Date of Admission |
| --- | --- |
| U.S. District Court, District of Connecticut | 1998 |
| U.S. District Court, District of Colorado | 2005 |
| U.S. Court of Appeals, Ninth Circuit | 1998 |
| U.S. Court of Appeals, Fifth Circuit | 2000 |
| U.S. Court of Appeals, Third Circuit | 2002 |
| U.S. Court of Appeals, Eleventh Circuit | 2004 |
| U.S. Court of Appeals, Second Circuit | 2005 |
| U.S. Supreme Court | 2007 |

# APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN SPECIFIC CASE (FORM G-64)

## CONTINUATION PAGE 2

### (William Sushon)

I have concurrently, and within (3) years of this application, made Pro Hac Vice applications to this Court in the following actions (continued).

| Case Number | Title of Action | Date of Application | Granted or Denied |
|---|---|---|---|
| CV 11-7163 | Sterling Federal Bank, F.S.B. v. Countrywide Fin. Corp., et al. | 9/26/11 | Granted |
| CV 11-4766 | United Financial Casualty Co., et al. v. Countrywide Fin. Corp., et al. | 10/28/11 | Granted |
| CV 11-7152 | Bankers Ins. Co., et al. v. Countrywide Fin. Corp., et al. | 12/15/11 | Granted |
| CV 11-7167 | American Fidelity Assurance Co. v. Countrywide Fin. Corp., et al. | 12/15/11 | Granted |
| CV 11-9889 | National Integrity Insurance Co. v. Countrywide Fin. Corp., et al. | 12/15/11 | Granted |
| CV 11-10414 | Massachusetts Mutual Life Insurance Co. v. Countrywide Fin. Corp., et al. | 2/13/12 | Granted |
| CV 11-9516 | Valley Bank (Florida), et al. v. Countrywide Fin. Corp., et al. | 2/13/12 | Granted |
| CV 12-3279 | Federal Deposit Insurance Corp., as receiver for Franklin Bank, S.S.B. v. Countrywide Securities Corp., et al. | Concurrently | Pending |
| CV 11-10400 | Federal Deposit Insurance Corp., as receiver for United Western Bank, F.S.B. v. Countrywide Fin. Corp., et al | Concurrently | Pending |
| CV 12-4353 | Landesbank Baden-Württemberg, et al. v. Countrywide Fin. Corp., et al. | Concurrently | Pending |

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## WILLIAM JOSEPH SUSHON

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 4, 1996**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 14, 2012

_____
Clerk of the Court

3322