MATTHEW W. CLOSE (S.B. #188570)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sealink Funding Limited,<br><br>　　　　　　　　　Plaintiff(s)<br>　　　v.<br>Countrywide Financial Corporation, et al.,<br><br>　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>CV 11-8896 MRP (MANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

　　The Court, having reviewed proof of payment of the applicable fee and accompanying Application of ____Jonathan Rosenberg____, of O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036
　　　　　*Applicant's Name*　　　　　　　　　　　　　　　*Firm Name / Address*

　　(212) 326-2000　　　　　　　　　　　　　　　　　　jrosenberg@omm.com
　　*Telephone Number*　　　　　　　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ＿ Plaintiff　X Defendant

＿ Intervener or other interested person __Bank of America Corp., NB Holdings Corp., and Bank of America, N.A., as successor by July 1, 2011 de jure merger to BAC Home Loans Servicing, LP (named herein as BAC Home Loans Servicing, LP)__

and the designation of _____Matthew W. Close (S.B. #188570)_____
　　　　　　　　　　　　　*Local Counsel Designee /State Bar Number*

of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, CA 90071-2899
　　　　　　　　　　　　　*Local Counsel Firm / Address*

　　(213) 430-6000　　　　　　　　　　　　　　　　　　mclose@omm.com
　　*Telephone Number*　　　　　　　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

　　＿ GRANTED

　　＿ DENIED.  Fee shall be returned by the Clerk.

　　＿ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.


Dated _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge