Brian E. Pastuszenski (*pro hac vice*)
*bpastuszenski@goodwinprocter.com*
Inez Friedman-Boyce (*pro hac vice*)
*ifriedmanboyce@goodwinprocter.com*
Brian C. Devine (SBN 222240)
*bdevine@goodwinprocter.com*
Adam Slutsky (*pro hac vice*)
*aslutsky@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.: 617-570-1000
Fax: 617-570-1231

Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: 213-426-2500
Fax: 213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWHEQ, Inc., and Countrywide Securities Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| SEALINK FUNDING LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-08896-MRP (MANx)<br><br>**JOINT STATUS REPORT AND STIPULATION REGARDING THE COURT'S JUNE 15, 2012 ORDER** |

Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWHEQ, Inc., Countrywide Securities Corporation, Angelo Mozilo, David A. Sambol, Bank of America Corporation, BAC Home Loans Servicing, L.P., and NB Holdings Corporation (collectively, the "Defendants"), on the one hand, and Plaintiff Sealink Funding Limited ("Sealink"), on the other hand, hereby stipulate as follows:

WHEREAS, on March 29, 2012, Sealink filed an Amended Complaint;

WHEREAS, on April 30, 2012, Defendants filed their motions to dismiss based on jurisdiction, venue, and the applicable statutes of limitations and repose;

WHEREAS, in its June 15, 2012 order regarding Defendants' respective phase one motions to dismiss the Amended Complaint (the "Order"), this Court held that "it must determine whether the Irish SPVs assigned the causes of actions asserted here to the Cayman SPVs and whether the Cayman SPVs in turn assigned those causes of action to Sealink" "[i]n order to assure itself that Sealink has standing to pursue the claims it asserts in this case";

WHEREAS, under the Order, Sealink was required to file by the date of this Joint Status Report and Stipulation (i) "the complete set of transaction documents for every transaction pursuant to which Sealink alleges that a party transferred or assigned any of the causes of action asserted in this case," and (ii) "a declaration identifying the relevant portions of the transaction documents and identifying the legal authority under which Sealink argues that those transaction documents effected an assignment of claims";

WHEREAS, on July 6, 2012, Sealink produced certain materials in response to the Order;

WHEREAS, under the Order, the parties also were required to file "a Joint Status Report addressing whether further briefing is required and proposing an expeditious schedule for any such briefing";

WHEREAS, Defendants previously have elected not to brief the issue of whether the causes of action asserted in this case can be and were assigned to Sealink (the "Assignment Issue");

WHEREAS, Defendants request further briefing on the Assignment Issue; and

WHEREAS, Sealink and the Defendants have conferred regarding a proposed expeditious schedule for briefing the Assignment Issue in connection with Defendants' motions to dismiss the Amended Complaint;

NOW THEREFORE, Sealink and the Defendants hereby stipulate as follows, subject to the approval of the Court, regarding the briefing schedule for Defendants' motions to dismiss the Amended Complaint based on the Assignment Issue:

1. Defendants will file their respective motions to dismiss the Amended Complaint based on the Assignment Issue, along with supporting memoranda, on July 20, 2012;

2. Sealink will file any opposition(s) to Defendants' motions to dismiss the Amended Complaint based on the Assignment Issue on July 30, 2012;

3. Defendants will file any reply briefs in support of their respective motions to dismiss the Amended Complaint based on the Assignment Issue on August 10, 2012;

4. If any of Sealink's claims remain following this Court's decision on Defendants' motions to dismiss the Amended Complaint based on the Assignment Issue, Sealink and Defendants will meet and confer regarding a briefing schedule for any remaining grounds for further motions to dismiss, consistent with this Court's October 25, 2011 Order Regarding Schedule For Motions To Dismiss Pending Cases; and

5. Defendants' motions to dismiss shall be considered a single motion under Federal Rule of Civil Procedure 12, such that by filing briefing based on the

Assignment Issue, Defendants do not waive, but expressly preserve, any and all other arguments and defenses.

IT IS SO STIPULATED.

Dated: July 6, 2012

Defendants Countrywide Financial Corp., Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWHEQ, Inc., and Countrywide Securities Corp.

By their attorneys,

/s/ Brian E. Pastuszenski

Brian E. Pastuszenski (*pro hac vice*)
Lloyd Winawer (State Bar No. 157823)
Inez H. Friedman-Boyce (*pro hac vice*)
Brian C. Devine (State Bar No. 222240)
Adam Slutsky (*pro hac vice*)

Dated: July 6, 2012

Defendants Bank of America Corp., NB Holdings Corporation, and BAC Home Loans Servicing, L.P.

By its attorneys,

/s/ Matthew W. Close (with permission)

Matthew W. Close (State Bar No. 188570)
*mclose@omm.com*
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Jonathan Rosenberg (*pro hac vice*)
*jrosenberg@omm.com*
William J. Sushon (*pro hac vice*)
*wsushon@omm.com*
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

Dated: July 6, 2012

Defendant Angelo Mozilo

By his attorney,

/s/ David Siegel (with permission)

David Siegel (SBN 101355)
*dsiegel@irell.com*
A. Matthew Ashley (SBN 198235)
*mashley@irell.com*
Allison L. Libeu (SBN 244487)
*alibeu@irell.com*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: 310-277-1010
Facsimile: 310-203-7199

Dated: July 6, 2012

Defendant David Sambol

By his attorneys,

/s/ Michael C. Tu (with permission)

Michael C. Tu (State Bar No. 186793)
*mtu@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

Michael Torpey (State Bar No. 79424)
*mtorpey@orrick.com*
Frank Scaduto
*fscaduto@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

Dated: July 6, 2012

Sealink Funding Limited

By its attorneys,

/s/ Timothy A. DeLange (with permission)

Timothy A. DeLange
*timothyd@blbglaw.com*
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Francisco, State of California, and not a party to the above-entitled cause. On July 6, 2012, I electronically filed the following document(s) using the CM/ECF system.

**JOINT STATUS REPORT AND STIPULATION REGARDING THE COURT'S JUNE 15, 2012 ORDER;**
**[PROPOSED] ORDER GRANTING STIPULATION REGARDING THE COURT'S JUNE 15, 2012 ORDER**

I certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on July 6, 2012, at San Francisco, California.

Mayrav Herman
(Type or print name)

Mayrav Herman
(Signature)