1  Brian E. Pastuszenski (*pro hac vice*)
   bpastuszenski@goodwinprocter.com
2  Inez Friedman-Boyce (*pro hac vice*)
   ifriedmanboyce@goodwinprocter.com
3  Brian C. Devine (SBN 222240)
   bdevine@goodwinprocter.com
4  Adam Slutsky (*pro hac vice*)
   aslutsky@goodwinprocter.com
5  **GOODWIN PROCTER LLP**
   Exchange Place
6  Boston, MA 02109-2802
   Tel.: 617-570-1000
7  Fax: 617-570-1231

8  Lloyd Winawer (SBN 157823)
   lwinawer@goodwinprocter.com
9  **GOODWIN PROCTER LLP**
   601 South Figueroa Street, 41st Floor
10 Los Angeles, California 90017
   Tel.: 213-426-2500
11 Fax: 213-623-1673

12 *Attorneys for Defendants*
   Countrywide Financial Corporation, Countrywide
13 Home Loans, Inc., CWALT, Inc., CWABS, Inc.,
   CWHEQ, Inc., and Countrywide Securities
14 Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| SEALINK FUNDING LIMITED,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>  Defendants. | Case No. 11-CV-08896-MRP (MANx)<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION REGARDING THE COURT'S JUNE 15, 2012 ORDER** |

Based upon the parties' Joint Status Report and Stipulation dated July 6, 2012, and good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants will file their respective motions to dismiss the Amended Complaint based on the Assignment Issue, along with supporting memoranda, on July 20, 2012;

2. Sealink will file any opposition(s) to Defendants' motions to dismiss the Amended Complaint based on the Assignment Issue on July 30, 2012;

3. Defendants will file any reply briefs in support of their respective motions to dismiss the Amended Complaint based on the Assignment Issue on August 10, 2012;

4. If any of Sealink's claims remain following this Court's decision on Defendants' motions to dismiss the Amended Complaint based on the Assignment Issue, Sealink and Defendants will meet and confer regarding a briefing schedule for any remaining grounds for further motions to dismiss, consistent with this Court's October 25, 2011 Order Regarding Schedule For Motions To Dismiss Pending Cases; and

5. Defendants' motions to dismiss shall be considered a single motion under Federal Rule of Civil Procedure 12, such that by filing briefing based on the Assignment Issue, Defendants do not waive, but expressly preserve, any and all other arguments and defenses.

IT IS SO ORDERED.

Dated: July 11, 2012

*Mariana R. Pfaelzer*

_____
Mariana R. Pfaelzer
**UNITED STATES DISTRICT JUDGE**