Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (SBN 222240)
bdevine@goodwinprocter.com
Adam Slutsky (*pro hac vice*)
aslutsky@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.: 617-570-1000
Fax: 617-570-1231

Lloyd Winawer (SBN 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: 213-426-2500
Fax: 213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWHEQ, Inc., and Countrywide Securities Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| SEALINK FUNDING LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 11-CV-08896-MRP (MANx)<br><br>**STIPULATION REGARDING AMENDED BRIEFING SCHEDULE** |

STIPULATION REGARDING AMENDED BRIEFING SCHEDULE

Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWHEQ, Inc., Countrywide Securities Corporation, Angelo Mozilo, David A. Sambol, Bank of America Corporation, BAC Home Loans Servicing, L.P., and NB Holdings Corporation (collectively, the "Defendants"), on the one hand, and Plaintiff Sealink Funding Limited ("Sealink"), on the other hand, hereby stipulate as follows:

WHEREAS, in its June 15, 2012 order regarding Defendants' respective phase one motions to dismiss plaintiff's Amended Complaint (the "Order"), this Court held that "it must determine whether the Irish SPVs assigned the causes of actions asserted here to the Cayman SPVs and whether the Cayman SPVs in turn assigned those causes of action to Sealink" "[i]n order to assure itself that Sealink has standing to pursue the claims it asserts in this case";

WHEREAS, the Order required Sealink to file (i) "the complete set of transaction documents for every transaction pursuant to which Sealink alleges that a party transferred or assigned any of the causes of action asserted in this case," and (ii) "a declaration identifying the relevant portions of the transaction documents and identifying the legal authority under which Sealink argues that those transaction documents effected an assignment of claims";

WHEREAS, on July 6, 2012, Sealink and Defendants stipulated to an expedited briefing schedule on the issue of whether the causes of action asserted in this case can be and were assigned to Sealink (the "Assignment Issue"), under which Defendants' respective motions to dismiss the Amended Complaint based on the Assignment Issue, along with supporting memoranda, are due on July 20, 2012;

WHEREAS, on July 6, 2012, Sealink produced certain materials in response to the Order, including (i) a declaration from an English lawyer offering an opinion regarding English law, (ii) a declaration from a former Sachsen LB Europe Plc. employee, and (iii) the transaction documents at issue;

WHEREAS, on July 13, 2012, this Court entered an Order granting the parties'

July 6, 2012 stipulation;

WHEREAS, in light of the volume of the transaction documents and supporting declarations from an English barrister and former Sachsen LB Europe Plc. employee, Defendants respectfully request a modest extension to the previously stipulated briefing schedule relating to the Assignment Issue; and

WHEREAS, although it is prepared to proceed on the previously stipulated briefing schedule, Sealink consents to Defendants' request.

NOW THEREFORE, Sealink and Defendants hereby stipulate as follows, subject to the approval of the Court, regarding the briefing schedule for Defendants' motions to dismiss the Amended Complaint based on the Assignment Issue:

1. Defendants will file their respective motions to dismiss the Amended Complaint based on the Assignment Issue, along with supporting memoranda, on July 30, 2012;

2. Sealink will file any opposition(s) to Defendants' motions to dismiss the Amended Complaint based on the Assignment Issue on August 20, 2012 (due to pre-existing travel schedules, Sealink is unable to file its opposition(s) prior to August 20, 2012);

3. Defendants will file any reply briefs in support of their respective motions to dismiss the Amended Complaint based on the Assignment Issue on August 30, 2012;

4. The Court shall hear argument on Defendants' respective motions to dismiss the Amended Complaint based on the Assignment Issue on September 21, 2012, at 11 a.m., or at any other date and time convenient to the Court;

5. If any of Sealink's claims remain following this Court's decision on Defendants' motions to dismiss the Amended Complaint based on the Assignment Issue, Sealink and Defendants will meet and confer regarding a briefing schedule for any remaining grounds for further motions to dismiss, consistent with this Court's

STIPULATION REGARDING AMENDED BRIEFING SCHEDULE
2

October 25, 2011 Order Regarding Schedule For Motions To Dismiss Pending Cases; and

6. Defendants' motions to dismiss shall be considered a single motion under Federal Rule of Civil Procedure 12, such that by filing briefing based on the Assignment Issue, Defendants do not waive, but expressly preserve, any and all other arguments and defenses.

IT IS SO STIPULATED.

Dated: July 13, 2012
Defendants Countrywide Financial Corp., Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWHEQ, Inc., and Countrywide Securities Corp.

By their attorneys,

/s/ Brian E. Pastuszenski_____
Brian E. Pastuszenski (*pro hac vice*)
Lloyd Winawer (State Bar No. 157823)
Inez H. Friedman-Boyce (*pro hac vice*)
Brian C. Devine (State Bar No. 222240)
Adam Slutsky (*pro hac vice*)

Dated: July 13, 2012
Defendants Bank of America Corp., NB Holdings Corporation, and BAC Home Loans Servicing, L.P.

By its attorneys,

/s/ Matthew W. Close\_ (with permission)
Matthew W. Close (State Bar No. 188570)
*mclose@omm.com*
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Jonathan Rosenberg (*pro hac vice*)
*jrosenberg@omm.com*
William J. Sushon (*pro hac vice*)
*wsushon@omm.com*
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

| | | |
|---|---|---|
| 1 | Dated: July 13, 2012 | Defendant Angelo Mozilo |
| 2 | | By his attorney, |
| 3 | | |
| 4 | | /s/ David Siegel_ (with permission) |
| | | David Siegel (SBN 101355) |
| 5 | | *dsiegel@irell.com* |
| | | A. Matthew Ashley (SBN 198235) |
| 6 | | *mashley@irell.com* |
| | | Allison L. Libeu (SBN 244487) |
| 7 | | *alibeu@irell.com* |
| | | IRELL & MANELLA LLP |
| 8 | | 1800 Avenue of the Stars, Suite 900 |
| | | Los Angeles, CA 90067-4276 |
| 9 | | Telephone: 310-277-1010 |
| | | Facsimile: 310-203-7199 |
| 10 | | |
| 11 | Dated: July 13, 2012 | Defendant David Sambol |
| 12 | | By his attorneys, |
| 13 | | |
| 14 | | /s/ Michael C. Tu_ (with permission) |
| | | Michael C. Tu (State Bar No. 186793) |
| 15 | | *mtu@orrick.com* |
| | | ORRICK, HERRINGTON |
| 16 | | & SUTCLIFFE LLP |
| | | 777 South Figueroa Street, Suite 3200 |
| 17 | | Los Angeles, California 90017 |
| | | Telephone: 213-629-2020 |
| 18 | | Facsimile: 213-612-2499 |
| 19 | | Michael Torpey (State Bar No. 79424) |
| | | *mtorpey@orrick.com* |
| 20 | | Frank Scaduto |
| | | *fscaduto@orrick.com* |
| 21 | | ORRICK, HERRINGTON |
| | | & SUTCLIFFE LLP |
| 22 | | The Orrick Building |
| | | 405 Howard Street |
| 23 | | San Francisco, CA 94105 |
| | | Telephone: 415-773-5700 |
| | | Facsimile: 415-773-5759 |

| | | |
|---|---|---|
| 1 | Dated: July 13, 2012 | Sealink Funding Limited |
| 2 | | By its attorneys, |
| 3 | | /s/ Timothy A. DeLange_ (with permission) |
| 4 | | Timothy A. DeLange |
| | | *timothyd@blbglaw.com* |
| 5 | | BERNSTEIN LITOWITZ BERGER |
| | | & GROSSMANN LLP |
| 6 | | 12481 High Bluff Drive, Suite 300 |
| | | San Diego, CA 92130 |
| 7 | | Tel: (858) 793-0070 |
| | | Fax: (858) 793-0323 |

STIPULATION REGARDING AMENDED BRIEFING SCHEDULE
5