1  Brian E. Pastuszenski (*pro hac vice*)
   bpastuszenski@goodwinprocter.com
2  Inez Friedman-Boyce (*pro hac vice*)
   ifriedmanboyce@goodwinprocter.com
3  Brian C. Devine (SBN 222240)
   bdevine@goodwinprocter.com
4  Adam Slutsky (*pro hac vice*)
   aslutsky@goodwinprocter.com
5  **GOODWIN PROCTER LLP**
   Exchange Place
6  Boston, MA 02109-2802
   Tel.: 617-570-1000
7  Fax: 617-570-1231

8  Lloyd Winawer (SBN 157823)
   lwinawer@goodwinprocter.com
9  **GOODWIN PROCTER LLP**
   601 South Figueroa Street, 41st Floor
10 Los Angeles, California 90017
   Tel.: 213-426-2500
11 Fax: 213-623-1673

12 *Attorneys for Defendants*
   Countrywide Financial Corporation,
13 Countrywide Home Loans, Inc., Countrywide
   Securities Corporation, CWALT, Inc.,
14 CWABS, Inc., and CWHEQ, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**PROOF OF SERVICE** |
| SEALINK FUNDING LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No. 11-CV-08896-MRP (MANx) |

PROOF OF SERVICE

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Suffolk, State of Massachusetts, and not a party to the above-entitled cause. On **July 13, 2012**, I electronically filed the following document(s) using the CM/ECF system:

**STIPULATION REGARDING AMENDED BRIEFING SCHEDULE**

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING AMENDED BRIEFING SCHEDULE**

I certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **July 13, 2012**, at Boston, Massachusetts.

| Arianne Waldron | _(Signature)_ |
| --- | --- |
| (Type or print name) | (Signature) |