Lloyd Winawer (SBN 157823)
lwinawer@goodwinprocter.com
GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213-426-2500
Fax: 213-623-1673
Attorney for Defendants
CWABS, Inc., CWALT, Inc., CWHEQ, Inc., Countrywide
Financial Corporation, Countrywide Home Loans, Inc., and
Countrywide Securities Corporation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SEALINK FUNDING LIMITED | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:11-cv-08896-MRP (MANx) |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION ET AL., | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s). | |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, John J. Falvey, Jr._____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: CWABS, Inc., CWALT, Inc., CWHEQ, Inc., Countrywide Financial Corporation, Countrywide Home Loans, Inc., and Countrywide Securities Corporation_____ by whom I have been retained.

My business information is:
Goodwin Procter LLP
*Firm Name*

53 State Street, Exchange Place
*Street Address*

Boston, MA 02109              jfalvey@goodwinprocter.com
*City, State, Zip*                  *E-Mail Address*

(617) 570-1000               (617) 523-1231
*Telephone Number*              *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Massachusetts Supreme Judicial Court | 2/27/1984 |
| New York State Bar | 1984 |
| The United States District Court, District of Massachusetts | 10/19/1987 |
| The United States District Court, District of Massachusetts, Bankruptcy Court | 4/4/2005 |
| The United States District Court, Southern District of New York | 5/7/1985 |


American LegalNet, Inc.
www.FormsWorkFlow.com

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:


I designate Lloyd Winawer as local counsel, whose business information is as follows:

Goodwin Procter LLP
*Firm Name*

601 S. Figueroa Street, 41st Floor
*Street Address*

Los Angeles, CA 90017                    lwinawer@goodwinprocter.com
*City, State, Zip*                                *E-Mail Address*

(213) 426-2500                           (213) 623-1673
*Telephone Number*                         *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.


Dated  August 10 2012                    John J. Falvey
                                          *Applicant's Name (please print)*

                                          [signature]
                                          *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  August 7, 2012                    Lloyd Winawer
                                          *Designee's Name (please print)*

                                          /s/ Lloyd Winawer
                                          *Designee's Signature*

                                          SBN 157823
                                          *Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-seventh** day of **February** A.D. **1984**, said Court being the highest Court of Record in said Commonwealth:

**John J. Falvey, Jr.**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **third** day of **August** in the year of our Lord **two thousand and twelve.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On **August 10, 2012,** I electronically filed the following document(s) using the CM/ECF system:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE; AND**

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

I certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **August 10, 2012**, at Los Angeles, California.

_____Kemi Oyemade_____      _____(Signature)_____
(Type or print name)