LLoyd Winawer (SBN 157823)
lwinawer@goodwinprocter.com
GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213-426-2500
Fax: 213-623-1673
Attorney for Defendants
CWABS, Inc., CWALT, Inc., CWHEQ, Inc.,
Countrywide Financial Corporation, Countrywide
Home Loans, Inc., and Countrywide Securities
Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SEALINK FUNDING LIMITED

Plaintiff(s)

v.

COUNTRYWIDE FINANCIAL CORPORATION ET AL.,

Defendant(s).

CASE NUMBER:

2:11-cv-08896-MRP (MANx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  John J. Falvey, Jr._____ , of  Goodwin Procter LLP, 53 State Street, Boston, MA 02109
        *Applicant's Name*                                *Firm Name / Address*

(617) 570-1000_____              jfalvey@goodwinprocter.com
        *Telephone Number*                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☒ Defendant
CWABS, Inc., CWALT, Inc., CWHEQ, Inc., Countrywide Financial
Corporation, Countrywide Home Loans, Inc., and Countrywide
☐ Intervener or other interested person Securities Corporation

and the designation of  Lloyd Winawer (SBN 157823)
                          *Local Counsel Designee /State Bar Number*

of  Goodwin Procter LLP, 601 South Figueroa Street, 41st Floor, Los Angeles, CA 90017
                          *Local Counsel Firm / Address*

(213) 426-2500_____              lwinawer@goodwinprocter.com
        *Telephone Number*                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____              _____
                                    U. S. District Judge/U.S. Magistrate Judge
                                    Honorable Mariana R. Pfaelzer

G-64 ORDER (11/10)          **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

American LegalNet, Inc.
www.FormsWorkFlow.com