# EXHIBIT A

## INDEX OF AUTHORITIES SUPPORTING
## THE REPLY DECLARATION OF STEPHEN AULD QC

| Exhibit | Authority |
|---|---|
| A–1 | SNELL'S EQUITY (John McGhee ed., 32nd ed. 2010) |
| A–2 | *Enterprise Inns Plc v. Palmerston Associates Ltd* [2011] EWHC 3165 (Ch) |
| A–3 | *Aston Hill Financial Inc. v. African Minerals Finance Ltd* [2012] EWHC 2173 (Comm.) |
| A–4 | CHITTY ON CONTRACTS (13th ed. 2008) |
| A–5 | G.H. TREITEL, THE LAW OF CONTRACT (13th ed. 2011) |
| A–6 | BUTTERWORTHS COMMON LAW SERIES: THE LAW OF CONTRACT (Andrew Grubb ed., 4th ed. 2011) |