Brian E. Pastuszenski (*pro hac vice*)
*bpastuszenski@goodwinprocter.com*
John J. Falvey (*pro hac vice*)
*jfalvey@goodwinprocter.com*
Adam Slutsky (*pro hac vice*)
*aslutsky@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.:  617-570-1000
Fax:  617-570-1231

Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.:  213-426-2500
Fax:  213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation,
Countrywide Home Loans, Inc., CWALT,
Inc., CWABS, Inc., CWHEQ, Inc., and
Countrywide Securities Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No.  11-ML-02265-MRP (MANx) |
| | **PROOF OF SERVICE** |
| SEALINK FUNDING LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>        Defendants. | Case No.  11-CV-08896-MRP (MANx) |

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in Boston, Massachusetts, and not a party to the above-entitled cause. On **August 30, 2012**, I electronically filed the following document(s) using the CM/ECF system:

**REPLY IN FURTHER SUPPORT OF THE COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS SEALINK'S AMENDED COMPLAINT; and**

**REPLY DECLARATION OF STEPHEN AULD QC IN FURTHER SUPPORT OF THE COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS.**

I certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **August 30, 2012**, at Boston, Massachusetts.

Arianne M. Waldron
(Type or print name)

(Signature)