IRELL & MANELLA LLP
David Siegel (101355)
dsiegel@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Allison L. Libeu (244487)
alibeu@irell.com
Priyanka Rajagopalan (278504)
prajagopalan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

Attorneys for Defendant
Angelo Mozilo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 11-ML-02265-MRP (MANx)<br><br>**DEFENDANTS ANGELO MOZILO AND DAVID SAMBOL'S JOINDER IN THE COUNTRYWIDE DEFENDANTS' REPLY IN FURTHER SUPPORT OF THE MOTION TO DISMISS SEALINK'S AMENDED COMPLAINT**<br><br>Date: September 11, 2012<br>Time: 11:00 a.m.<br>Judge: Hon. Mariana R. Pfaelzer<br>Ctrm: 12 |
| SEALINK FUNDING LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-08896-MRP (MANx) |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2692437

DEFENDANTS MOZILO & SAMBOL'S JOINDER IN
THE COUNTRYWIDE DEFENDANTS' REPLY ISO MTD
Case No. 11-CV-08896-MRP (MANx)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Angelo Mozilo and David Sambol will and hereby do join in the Reply in Further Support of the Motion to Dismiss Plaintiff Sealink Funding Limited's ("Sealink") Amended Complaint filed by Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc., and CWHEQ, Inc. (the "Countrywide Defendants") on August 30, 2012. Messrs. Mozilo and Sambol join in the arguments made in the Countrywide Defendants' Reply and request that the Court dismiss with prejudice all claims in the Amended Complaint.

Respectfully submitted,

Dated: August 30, 2012      IRELL & MANELLA LLP

By: David Siegel[*]
    David Siegel (101355)
    dsiegel@irell.com
    IRELL & MANELLA LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
    Tel: (310) 277-1010

Attorneys for Defendant
Angelo Mozilo

---

[*] All other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized the filing.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2692437

- 1 -

DEFENDANTS MOZILO & SAMBOL'S JOINDER IN
THE COUNTRYWIDE DEFENDANTS' REPLY ISO MTD
Case No. 11-CV-08896-MRP (MANx)

Dated: August 30, 2012

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: <u>Michael Tu</u>
Michael C. Tu (186793)
mtu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Tel: (213) 629-2020

Attorneys for Defendant
David Sambol

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2692437

- 2 -

DEFENDANTS MOZILO & SAMBOL'S JOINDER IN
THE COUNTRYWIDE DEFENDANTS' REPLY ISO MTD
Case No. 11-CV-08896-MRP (MANx)