BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178248)
(blairn@blbglaw.com)
TIMOTHY A. DELANGE (Bar No. 190768)
(timothyd@blbglaw.com)
BRETT M. MIDDLETON (Bar No. 199427)
(brettm@blbglaw.com)
MATTHEW P. JUBENVILLE (Bar No. 228464)
(matthewj@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel.: (858) 793-0070
Fax: (858) 793-0323
    -and-
DAVID L. WALES
(davidw@blbglaw.com)
JAI K. CHANDRASEKHAR
(jai@blbglaw.com)
LAUREN A. MCMILLEN
(lauren@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| SEALINK FUNDING LIMITED,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 11-CV-08896-MRP (MANx) |

**WHEREAS,** the parties to the above-captioned action have agreed to dismiss this action with prejudice;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff hereby dismisses the above-captioned action with prejudice, including without limitation as to all claims asserted and all parties named in the complaint filed in this action on September 29, 2011 and the amended complaint filed on March 29, 2012. The parties further expressly waive any and all rights of appeal in the above-captioned action, and the parties further agree that each party shall bear its own costs and attorneys' fees.

DATED: October 2, 2012
        **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Timothy A. DeLange*
    Timothy A. DeLange

BLAIR A. NICHOLAS (Bar No. 178248)
(blairn@blbglaw.com)
TIMOTHY A. DELANGE (Bar No. 190768)
(timothyd@blbglaw.com)
BRETT M. MIDDLETON (Bar No. 199427)
(brettm@blbglaw.com)
MATTHEW P. JUBENVILLE (Bar No. 228464)
(matthewj@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel.: (858) 793-0070
Fax: (858) 793-0323
  -and-
DAVID L. WALES
(davidw@blbglaw.com)
JAI K. CHANDRASEKHAR
(jai@blbglaw.com)
LAUREN A. MCMILLEN
(lauren@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiff*

1  DATED:  October 2, 2012            **GOODWIN PROCTER LLP**

2                                      By: */s/ Brian E. Pastuszenski*
3                                          Brian E. Pastuszenski (*pro hac vice*)
                                           *bpastuszenski@goodwinprocter.com*
4                                          John J. Falvey (*pro hac vice*)
                                           *jfalvey@goodwinprocter.com*
5                                          Adam Slutsky (*pro hac vice*)
                                           *aslutsky@goodwinprocter.com*
6                                          Exchange Place
                                           Boston, MA 02109
7                                          Telephone:  (617) 570-1000
                                           Facsimile:   (617) 523-1231

8                                          Lloyd Winawer (State Bar No. 157823)
                                           *lwinawer@goodwinprocter.com*
9                                          GOODWIN PROCTER LLP
                                           601 S. Figueroa Street, 41st Floor
10                                         Los Angeles, CA  90017
                                           Telephone:  (213) 426-2500
11                                         Facsimile:   (213) 623-1673

12                                         *Attorneys for Defendants Countrywide Financial*
                                           *Corporation, Countrywide Home Loans, Inc.,*
13                                         *Countrywide Securities Corporation, CWALT,*
                                           *Inc., CWABS, Inc., and CWHEQ, Inc.*
14

15 DATED: October 2, 2012             **O'MELVENY & MYERS LLP**

16                                     By: */s/ Jonathan Rosenberg*
                                           Jonathan Rosenberg (*pro hac vice*)
17                                         *jrosenberg@omm.com*
                                           William J. Sushon (*pro hac vice*)
18                                         *wsushon@omm.com*
                                           Times Square Tower
19                                         7 Times Square
                                           New York, NY  10036
20                                         Telephone:  (212) 326-2000
                                           Facsimile:   (212) 326-2061
21

22                                         Seth Aronson (State Bar No. 100153)
                                           *saronson@omm.com*
23                                         Matthew W. Close (State Bar No. 188570)
                                           *mclose@omm.com*
24                                         400 S. Hope Street
                                           Los Angeles, CA  90071
25                                         Telephone:  (213) 430-6000
                                           Facsimile:   (213) 430-6407
26

27                                         *Attorneys for Defendants Bank of America*
                                           *Corporation, NB Holdings Corporation, and*
28                                         *Bank of America, N.A., as successor by de jure*
                                           *merger to BAC Home Loans Servicing, LP*

| | | |
|---|---|---|
| 1 | DATED: October 2, 2012 | **IRELL & MANELLA LLP** |
| 2 | | By: */s/ David Siegel* |
| 3 | | David Siegel (State Bar No. 101355) |
| | | *dsiegel@irell.com* |
| 4 | | A. Matthew Ashley (State Bar No. 198235) |
| | | *mashley@irell.com* |
| 5 | | Allison L. Libeu (State Bar No. 244487) |
| | | *alibeu@irell.com* |
| 6 | | Priyanka Rajagopalan (State Bar No. 278504) |
| | | *prajagopalan@irell.com* |
| 7 | | 1800 Avenue of the Stars, Suite 900 |
| | | Los Angeles, CA  90067-4276 |
| 8 | | Telephone:  (310) 277-1010 |
| 9 | | Facsimile:   (310) 203-7199 |
| 10 | | *Attorneys for Defendant Angelo Mozilo* |
| 11 | DATED: October 2, 2012 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 12 | | |
| 13 | | By: */s/ Michael C. Tu* |
| | | Michael C. Tu (State Bar No. 186793) |
| 14 | | *mtu@orrick.com* |
| | | 777 South Figueroa Street, Suite 3200 |
| 15 | | Los Angeles, CA 90017 |
| | | Telephone:  (213) 629-2020 |
| 16 | | Facsimile:   (213) 612-2499 |
| 17 | | *Attorneys for Defendant David A. Sambol* |