BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178248)
(blairn@blbglaw.com)
TIMOTHY A. DELANGE (Bar No. 190768)
(timothyd@blbglaw.com)
BRETT M. MIDDLETON (Bar No. 199427)
(brettm@blbglaw.com)
MATTHEW P. JUBENVILLE (Bar No. 228464)
(matthewj@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel.: (858) 793-0070
Fax: (858) 793-0323
   -and-
DAVID L. WALES
(davidw@blbglaw.com)
JAI K. CHANDRASEKHAR
(jai@blbglaw.com)
LAUREN A. MCMILLEN
(lauren@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**DECLARATION OF SERVICE**<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

| | |
|---|---|
| SEALINK FUNDING LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 11-CV-08896-MRP (MANx) |

# DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130-3582.

On October 2, 2012, I served the foregoing document(s) described as:

- **Stipulation of Dismissal with Prejudice**
- **Declaration of Service**

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

*Jessica Cuccurullo*
Jessica Cuccurullo, C.P.
Certified Paralegal

## SERVICE LIST

| | |
|---|---|
| Matthew W. Close<br>Seth A. Aronson<br>**O'MELVENY AND MYERS**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br>Tel: 213-430-6000<br>Fax: 213-430-6407<br>mclose@omm.com<br>saronson@omm.com<br>   -and-<br>Jonathan Rosenberg (*pro hac vice*)<br>William J. Sushon (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-728-5693<br>Facsimile: 212-326-2061<br>jrosenberg@omm.com<br>wsushon@omm.com | *Attorneys for Defendants*<br>**Bank of America Corp., BAC Home Loans Servicing, LP, and NB Holdings Corporation** |
| David Siegel<br>Priyanka Rajagopalan<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276<br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>dsiegel@irell.com<br>prajagopalan@irell.com<br><br>A. Matthew Ashley<br>Allison L. Libeu<br>Mytili G. Bala<br>**IRELL & MANELLA LLP**<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA92660-6324<br>Tel: 949-760-0991<br>Fax: 949-760-5200<br>mashley@irell.com | *Attorneys for Defendant*<br>**Angelo Mozilo** |

| | |
|---|---|
| alibeu@irell.com <br> mbala@irell.com | |
| Michael C. Tu <br> **ORRICK HERRINGTON AND SUTCLIFFE LLP** <br> 777 South Figueroa Street Suite 3200 <br> Los Angeles, CA 90017 <br> Tel: 213-629-2020 <br> Fax: 213-612-2499 <br> mtu@orrick.com | *Attorneys for Defendant:* <br> **David A. Sambol** |
| Brian C. Devine (*pro hac vice*) <br> John O. Farley (*pro hac vice*) <br> Inez H. Friedman-Boyce (*pro hac vice*) <br> Brian E. Pastuszenksi <br> Adam Slutsky (*pro hac vice*) <br> John J. Falvey, Jr. (*pro hac vice*) <br> **GOODWIN PROCTER LLP** <br> 53 State Street Exchange Place <br> Boston, MA 02109 <br> Tel: 617-570-1794 <br> Fax: 617-523-1231 <br> bdevine@goodwinprocter.com <br> Jfarley@goodwinprocter.com <br> ifriedmanboyce@goodwinprocter.com <br> bpastuszenski@goodwinprocter.com <br> aslutsky@goodwinprocter.com <br> jfalvey@goodwinproctor.com <br>    -and- <br> Lloyd Winawer (*pro hac vice*) <br> **GOODWIN PROCTER LLP** <br> 10250 Constellation Blvd., 21st Floor <br> Los Angeles, CA 90067 <br> Tel: 310-788-5711 <br> Fax: 310-286-0992 <br> lwinawer@goodwinprocter.com | *Attorneys for Defendants* <br> **CWABS, Inc., CWALT, Inc., CWHEQ, Inc., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.** |